# EXHIBIT "A"

Richard-Enrique: Ulloa, Libellant

Case Numbers: **RA665412735** &
**RA665412727US**

**IN ADMIRALTY**

VS.

**09/11/2009**

TOWN OF ROSENDALE COURT et al, JOSHUA CALIENDO et al,
ROBERT VOSPER et al, TOWN OF ROSENDALE, Libellees, all subsidiaries and parents, All

# DECLARATION AND NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT

Comes now Richard-Enrique: Ulloa with this notice of the following facts:

1. On or about or about May 13, 2009, I Richard-Enrique: Ulloa was illegally detained and ticketed. I notified Officer Joshua Caliendo that I was not a citizen under their jurisdiction and I had committed no crimes. I asked why I was stopped and he said because he ran the plate, and then ran the license of LUIS WILFREDO RIVERA, and that vessel had an issue with the driver's license. I told him I was not that vessel, and that I showed him my valid, Costa Rica license, and a valid International Drivers license. Joshua Caliendo said those documents were no good here in New York State, and issued two Bills of Exchange a.k.a ["tickets"].

2. . On or about or about June 02, 2009, I Richard-Enrique: Ulloa was illegally detained and arrested and taken to the Ulster County Jail. I was kidnapped and held against my will for about 1 day. I notified Judge Robert Vosper that I was not a citizen under their jurisdiction and I had committed no crimes. I was arrested without a lawful 4th amendment warrant, and was held for a ransom of five hundred Federal Reserve notes.

3. On or around June 04, 2009, I Richard-Enrique: Ulloa issued a Criminal Complaint against "Judge" Robert Vosper, He failed to respond to this Negative Averment and did not seek

a cure as recommended, and did not dispute any of the invoices sent or filed with the Town of Rosendale Court.

4. On or around June 11, 2009, I Richard-Enrique: Ulloa issued a Criminal Complaint against "Officer" Joshua Caliendo, He failed to respond to this Negative Averment and did not seek a cure as recommended, and did not dispute any of the invoices sent or filed with the Town of Rosendale Court.

5. Both "Judge" Robert Vosper, "Officer" Joshua Caliendo and the Town of Rosendale Court et al never responded to the Criminal Complaints or invoices since they were issued.

6. On or around June 23, 2009, I Richard-Enrique: Ulloa was illegally detained and arrested by "Judge" Robert Vosper and taken to the Ulster County jail. I was kidnapped and held against my will for about 3 days. I notified Judge Robert Vosper that I was not a citizen under their jurisdiction and I had committed no crimes. I was arrested without a lawful 4th amendment warrant, and was held for a ransom of ten thousand [$10,000.00] Federal Reserve notes.

7. On or about June 04, 2009, the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent an Invoice Number 1888, Commercial Claim Number RA 665 412 727 US for payment of this claim of $8,260,750.00 (silver dollars) (Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $165,215,000 (One hundred sixty-five million, two hundred fifteen thousand USD)

8. On or about June 27, 2009, the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent an Invoice Number 1999, Commercial Claim Number RA 665 412 735 US for payment of this claim of $27,625,650.00 (silver dollars) (Twenty seven million, six hundred Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim, illegal detention, which was never contested. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20

times the silver dollar amount, which is (minus interest and penalties) $ 552,513,000 (Five hundred fifty-two million, five hundred thirteen thousand USD)

9. On or about July 08, 2009, the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent a first notice and demand for payment, an Invoice Number 1888, Commercial Claim Number RA 665 412 727 US for payment of this claim of $8,260,750.00 (silver dollars) (Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $165,215,000 (One hundred sixty-five million, two hundred fifteen thousand USD)

10. On or around July 08, 2009, the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent a first notice and demand for payment, you were sent an Invoice Number 1999, Commercial Claim Number RA 665 412 735 US for payment of this claim of $27,625,650.00 (silver dollars) (Twenty seven million, six hundred Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim, illegal detention, which was never contested. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $ 552,513,000 (Five hundred fifty-two million, five hundred thirteen thousand USD)

11. On or around August 08, 2009, the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent a second notice and demand for payment, an Invoice Number 1888, Commercial Claim Number RA 665 412 727 US for payment of this claim of $8,260,750.00 (silver dollars) (Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $165,215,000 (One hundred sixty-five million, two hundred fifteen thousand USD).

12. On or around August 08, 2009 , the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent a second notice and demand for payment, you were sent a first notice and demand for payment, you were sent an Invoice Number 1999, Commercial Claim Number RA 665 412 735 US for payment of this claim of $27,625,650.00 (silver dollars) (Twenty seven million, six hundred Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim, illegal detention, which was never contested. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $ 552,513,000 (Five hundred fifty-two million, five hundred thirteen thousand USD)

13. On or around August 20, 2009, the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent a Final Notice and Demand for Payment, an Invoice Number 1888, Commercial Claim Number RA 665 412 727 US for payment of this claim of $8,260,750.00 (silver dollars) (Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $165,215,000 (One hundred sixty-five million, two hundred fifteen thousand USD). No response was received from any of the Libellees.

14. On or around August 20, 2009 , the Chief Executive Officer of the Corporation Town of Rosendale et al, was sent a Final Notice and Demand for Payment, you were sent a first notice and demand for payment, you were sent an Invoice Number 1999, Commercial Claim Number RA 665 412 735 US for payment of this claim of $27,625,650.00 (silver dollars) (Twenty seven million, six hundred Eight Million, two hundred sixty thousand, seven hundred fifty silver dollars) for damages due to you lack of non response to the Criminal Complaint, Opportunity to Cure, and Counterclaim, illegal detention, which was never contested. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 20 times the silver dollar amount, which is (minus interest and penalties) $ 552,513,000 (Five hundred fifty-two million, five hundred thirteen thousand USD). No response was received from any of the Libellees.

## DECLARATION AND NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT

**THIS IS THE FINAL NOTIFICATION AND JUDGMENT NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUSINESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON RESPONSE IS A SELF EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBRANCES AGAINST ANY AND ALL PROPERTY OF THE LIBELLEES AND THEIR PARENT COMPANY OR COMPANIES.**

_____

Richard-Enrique: Ulloa, Libellant

Date: 9/11/09

### COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

| Ulster county | ) | |
|---|---|---|
| | ) ss | Commercial Oath and Verification |
| New York state | ) | |

I, Richard-Enrique: Ulloa: Trustee, Executive Trustee for RICHARD ENRIQUE ULLOA, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

*EXPRESS SPECIFIC RESERVATION OF RIGHTS:*

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled*

*performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.* Failure to settle this claim within the designated time as described herein will be default and the perfecting of this commercial claim. Default will result in the arrest of any and all blanket bonds, public hazard bonds, insurance policies, 801k funds, CAFR funds, or any other sources of property and/or revenue, as needed to satisfy this commercial claim. All Libellee's are collectively and severally liable, liable under Color of Law, and as provided under the provisions of Respondeat Superior.

By: _____

By: Richard-Enrique: Ulloa: Trustee, Executive Trustee for the Private Contract Trust known as RICHARD ENRIQUE ULLOA

**JURAT**

New York state )
 ) ss
Ulster county )

The above named Libellant, Richard-Enrique: Ulloa Trustee, Executive Trustee for RICHARD ENRIQUE ULLOA appeared before me, a Notary, subscribed, sworn to the truth of this contractual **NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DECIT and DECLARATION** for closing of the escrow.

under oath this ___11___ day of __September__, 2009.

_____
Notary

KATHERINE A. CAIRO DAVIS
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 07/31/2013

SEAL

My Commission expires 07/31/2013

# AFFIDAVIT OF NOTARY PRESENTMENT

On 09/11/2009, Richard-Enrique Ulloa appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail below to PATRICK MCDONOUGH TOWN OF ROSENDALE et al, TOWN OF ROSENDALE COURT et al, ROBERT VOSPER et al, JOSHUA CALIENDO et al, @ P.O. BOX 423, ROSENDALE, NEW YORK 12472

| | |
|---|---|
| Town of Rosendale et al – Patrick McDonough | - 7009-0080-0001-5992-0910 |
| Town of Rosendale Court et al | - 7009-0080-0001-5992-0927 |
| ROBERT VOSPER et al | - 7009-0080-0001-5992-0934 |
| JOSHUA CALIENDO | - 7009-0080-0001-5992-0941 |

List of Documents:

**DECLARATION AND NOTICE OF FINAL DETERMINATION**

**AND JUDGEMENT IN NIHIL DICIT**

_Katherine A. Cairo Davis_                     _Katherine A. Davis 09/11/09_

Notary Print Name                              Notary Signature

KATHERINE A. CAIRO DAVIS
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 07/31/2013
Notary Seal







Robert Vosper
Rosendale Town Court
520 LeFever Falls Road
rosendale, new york 12472-9999

CERTIFIED MAIL

7009 0080 0001 5992 0934

Kathy Cairo-Davis
c/o 3775 Main Street
Stone Ridge, New York 12484

RETURN RECEIPT REQUESTED