# EXHIBIT "H"

325836        2009 NOV 20 PM 1:01

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

**jeffrey-charles; (for the family-burfeindt) (201)428-3116**

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

> **c/o ed-george;**
> **general post-office:**
> **guilford: new-york: the land. (99999)**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME **TOWN OF, LLOYD** | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **12 CHURCH STREET** | **HIGHLAND** | **NY** | **12528** | **US** |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **CORPORATION** | 1f. JURISDICTION OF ORGANIZATION **STATE OF, NEW YORK** | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME **TOWN OF, LLOYD COURT** | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **12 CHURCH STREET SUITE 2** | **HIGHLAND** | **NY** | **12528** | **US** |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **CORPORATION** | 2f. JURISDICTION OF ORGANIZATION **STATE OF, NEW YORK** | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| 3b. INDIVIDUAL'S LAST NAME **burfeindt** | FIRST NAME **jeffrey** | MIDDLE NAME **charles** | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **c/o ed-george; general post-office** | **guilford: new-york: the land.** | **ny** | **99999** | **usA** |

4. This FINANCING STATEMENT covers the following collateral:

**ALL PROPERTY OWNED BY THE DEBTOR'S UP TO Seventy-three billion, six-hundred-twelve million, eight-hundred thousand (USD) ($73,612,800,000.00) Plus Penalties for November 2009 INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUISNESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM. See Attachments Additional DEBTOR'S and COMMERCIAL CLAIM WITHIN THE ADMIRALTY 32 Pages.**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | ☑ BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

**Notice of Claim of Maritime Lien for ($73,612,800,000.00) Plus ($1,000,000.00) Penalties for 11/2009**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 200911200664304**

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 19a. ORGANIZATION'S NAME | **TOWN OF, LLOYD** |
| OR 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**20. MISCELLANEOUS:**

**12 CHURCH STREET**
**HIGHLAND, NY 12528**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 21b. INDIVIDUAL'S LAST NAME **DAY** | FIRST NAME **DARRELL** | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS **25 MILTON AVENUE** | CITY **HIGHLAND** | STATE **NY** | POSTAL CODE **12528** | COUNTRY **US** |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 22b. INDIVIDUAL'S LAST NAME **RIZZO** | FIRST NAME **EUGENE** | MIDDLE NAME **J.** | SUFFIX |
| 22c. MAILING ADDRESS **12 CHURCH STREET SUITE 2** | CITY **HIGHLAND** | STATE **NY** | POSTAL CODE **12528** | COUNTRY **US** |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 23b. INDIVIDUAL'S LAST NAME **MARTUSCELLO** | FIRST NAME **DANIEL** | MIDDLE NAME **M.** | SUFFIX |
| 23c. MAILING ADDRESS **1390 ROUTE 9W** | CITY **MARLBORO** | STATE **NY** | POSTAL CODE **12542** | COUNTRY **US** |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 19a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | TOWN OF, LLOYD | | |
| | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**20. MISCELLANEOUS:**

12 CHURCH STREET
HIGHLAND, NY 12528

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| | 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | ACKERT | DAVID | M. | |
| 21c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 25 MILTON AVENUE | | HIGHLAND | NY | 12528 | US |

| ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION |
|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| | 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | SHUMAN | AMY | | |
| 22c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 12 CHURCH STREET SUITE 2 | | HIGHLAND | NY | 12528 | US |

| ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION |
|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| | 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | KALIMERAS | ANTHONY | | |
| 23c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 25 MILTON AVENUE | | HIGHLAND | NY | 12528 | US |

| ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION |
|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

| | 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

| | 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 19a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | TOWN OF, LLOYD | | |
| | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**20. MISCELLANEOUS:**

12 CHURCH STREET
HIGHLAND, NY 12528

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| | 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | BURNS | KATHLEEN | | | |
| | 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 25 MILTON AVENUE | HIGHLAND | NY | 12528 | US |
| | ADD'L INFO RE: ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | | |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| | 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | BLUME | HEATHER | | | |
| | 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 12 CHURCH STREET SUITE 2 | HIGHLAND | NY | 12528 | US |
| | ADD'L INFO RE: ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | | |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| | 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | COHEN | JEFF | | | |
| | 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 25 MILTON AVENUE | HIGHLAND | NY | 12528 | US |
| | ADD'L INFO RE: ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | | |

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| | 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| | 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

CERTIFICATE OF AUTHENTICATION

State of New York }
County of Chenango } ss.:

I, Mary C. Weidman, County Clerk and Clerk of the Supreme Court of the State of New York in and for the County of Chenango, a Court of Record, having by law a seal DO HEREBY CERTIFY pursuant to the Executive Law of the State of New York, that

## Kristie S. Abbott

whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of the taking the same a NOTARY PUBLIC in and for the State of New York duly commissioned, sworn and qualified to act as such throughout the State of New York: that pursuant to law, a commission or a certificate of his/her official character, with his/her autograph signature has been filed in my office; that at the time of taking such proof, acknowledgment or oath, he/she was duly authorized to take the same; that I am well acquainted with the handwriting of such NOTARY PUBLIC or have compared the signature on the annexed instrument with his/her autograph signature deposited in my office, and I believe that such signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this

19th  day of  November,  , 2009.

_Mary C. Weidman_
County Clerk and Clerk of the Supreme Court Chenango County

By _____
Deputy Clerk

EXPIRATION DATE: October 01, 2106

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD<br><br>*46 CFR 67.250* | **NOTICE OF CLAIM<br>OF MARITIME LIEN**<br><br>REGISTERED MAIL RECEIPT #RB-395-856-425-US | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

| 1. NAME OF VESSEL<br>**TOWN OF, LLOYD et al** | 2. UNIQUE IDENTIFIER<br>**EIN:**<br>**DUNS: 085753143** | RECORDED |
|---|---|---|

| 3. INSTRUMENT TYPE:<br>**REGISTERED MAIL RECEIPT: RA-665-412-421-US (INVOICE)**<br>**CASE NUMBERS: [** ▮▮▮▮▮▮ **]** | PORT<br>BOOK<br>PAGE<br>BY |
|---|---|

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US TRANSPORTATION**
**1200 NEW JERSEY AVE., SE**
**WASHINGTON, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          **100%.**   (100% UNLESS OTHERWISE STATED)

**5. Name and post location for Claimant**

**jeffrey-charles; (for the family-burfeindt)**
**c/o: ed-george;**
**general post-office;**
**guilford: new-york; the land. (99999)**
**Non-Domestic without the US**

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          **100**     %.       (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT<br>Seventy-three billion, six-hundred-twelve-three million, eight-hundred thousand (USD) ($73,612,800,000.00) Plus Interest, Penalties, and All Fees | 7. ALL PROPERTY OWNED BY THE DEBTOR'S UP TO Seventy-three billion, six-hundred-twelve million, eight-hundred thousand (USD) ($73,612,800,000.00) Plus Penalties for November 2009 INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LAND, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, YACHTS AND WATERCRAFT, FARM EQUIPMENT, MACHINERY, TOOLS, EQUIPMENT, HEAVY EQUIPMENT, IMPLEMENTS, BULK GRAINS AND FEEDS, TACKLE, HARNESSES, LIQUOR, CROPS, FARM ANIMALS, FARM SUPPLIES, BUILDING MATERIALS, BUSINESSES, OFFICE EQUIPMENT, COMPUTERS, OFFICE SUPPLIES, CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, OIL AND GAS RIGHTS, INTELLECTUAL PROPERTY, OR ANYTHING OF VALUE AS NEEDED TO SATISFY THIS CLAIM.  See Attachments. |
|---|---|

**6. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIEN HOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL, and that deponent is the lienor(s) mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on the information and belief, and that as to those matters deponent believes it to be true.

Signature by Claimant:

KRISTI ABBOTT
Notary Public, State of New York
Qual. in Chenango Co. No. 01AB6181519
My Commission Expires February 4

New York-state
Chenango-county
Sealed on the 19th day 11th month, AD 2009)

jeffrey-charles; (for the family-burfeindt), Claimant

NOTARY SIGNATURE

NOTARY PUBLIC
MY COMMISSION EXPIRES: 2/4/2012

**ƷY∃Z**

Bill To:
"DARRELL DAY", "TOWN OF,
LLOYD POLICE DEPARTMENT",
"TOWN OF, LLOYD COURT",
"EUGENE J. RIZZO",
"HEATHER BLUME"    , "DANIEL M.
MARTUSCELLO",
and TOWN OF, LLOYD"    et al.,

To

twentieth day, of the seventh
month in the year of Highest
YaHaWaH six -thousand and
twelve , (or for translation; the
commercial date: 9/24/2009)
Invoice #RA 665 412 421 US

"TOWN OF, LLOYD COURT" et al
12 CHURCH STREET SUITE 2
HIGHLAND, NY 12528, and
, MILTON AVE HIGHLAND, NY 12528

| jeffrey -charles : (for the family - burfeindt ) | Invoice for Contract, Negative Averment | Due on receipt | 09/24/2009 |
|---|---|---|---|

| | Counterclaim for case [09030153, 09050191/2009-1072], Non-reply | | |
|---|---|---|---|
| Count 1 | Failure to state a claim 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| Count 2 | Failure to Respond as outlined 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| Count 3 | Default by Non-Response 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| Count 4 | Dishonor in Commerce 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| Count 5 | Fraud 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| Count 6 | Racketeering 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| Count 7 | Theft of Public funds 7 defendants 47 claims 1M silver per | | 329,000,000.00 |
| | Penalties 1M per month and 1.5% daily for 30 days | | 1,000,000.00 |

Invoice number:  **RA 665 412 421 US**
twentieth day, of the seventh month,
In the year of Highest

**ƷY∃Z** (YaHaWaH) six -thousand and twelve ,
(or for translation; the Babylon  -date:09/24/ 2009)

_Notice To Principals Is Notice To Agents Jointly and individually Are Libel_
_Notice To Agents Is Notice To Principals Jointly and individually Are Libel_

All amounts denominated in silver specie lawful coinage for the United
States of America as defined under Article 1, Section 10 of your
Constitution.

This bill now    due. Late fees and service charge applies after 10 days of
this invoice.

| Make all payments to: | | | |
|---|---|---|---|
| Jeffrey -charles: | | Subtotal | 2,304,000,000.00 |
| c/o: ed-george: | | Total | 2,304,000,000.00 |
| general post -office : | | | |
| kearny: new-jersey: the land . | | Total | 2,304,000,000.00 |

"IN TOWN OF LLOYD COURT / LLOYD TOWN COURT"
"ULSTER COUNTY"

THE PEOPLE OF THE STATE OF NEW YORK,
TOWN OF LLOYD COURT et al,

(Fictitious plaintiff)

vs.
[JEFFREY BURFEINDT]
(ALLEGED DEFENDANT),

"Case No. [09030153/2009-1072, 09050191]"

jeffrey-charles: [for the family-burfeindt], Third Party-Plaintiff

Vs.

"DARRELL DAY," "TOWN OF, LLOYD POLICE
DEPARTMENT," "TOWN OF, LLOYD COURT,"
"EUGENE J. RIZZO," "HEATHER BLUME,"
"DANIEL M. MARTUSCELLO," "TOWN OF, LLOYD," et al.,
**Defendants**

In Admiralty, Tacit Procuration

File-number RA 665 412 421 US

**Declaration in the nature of an Affidavit of Negative Averment,
Opportunity to Cure, and Counterclaim**

Comes now jeffrey-charles: [for the family-burfeindt], Third Party-Plaintiff, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party-Creditor and request that the Third Party-Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court, as I am not schooled in law. The precedent set by Haines vs. Kerner at 404 U.S. 519 provides this.

**As to Count one:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᴬYᴬ⅂ (Father In Heaven), Command an answer from; The persons doing business as "ANTHONY KALIMERAS", "KATHLEEN BURNS", et al;
   You admit that you intended to make legal determinations of a civil matter and became judge, jury and executioner without any authority to do so.
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "KATHLEEN BURNS" is Yes.*

**As to Count two:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᴬYᴬ⅂ (Father In Heaven), Command an answer from; The persons doing business as "ANTHONY KALIMERAS", "KATHLEEN BURNS", et al;
   You admit that you intended to violate your own oath of office by not having a Lawful Bill of rights Article the sixth, (fourth amendment) warrant to detain Third Party-Plaintiff, Secured Party-Creditor.
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "KATHLEEN BURNS" is Yes.*

**As to Count three:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᴬYᴬ⅂ (Father In Heaven), Command an answer from; The persons doing business as "ANTHONY KALIMERAS", et al;
   You admit that you intended to NOT take Third Party-Plaintiff, Secured Party-Creditor immediately before a magistrate to see if a probable cause existed for a warrant to issue.
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*

**As to Count four:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᴬYᴬ⅂ (Father In Heaven), Command an answer from; The persons doing business as "DARRELL DAY", "ANTHONY KALIMERAS", et al;
   "ANTHONY KALIMERAS", et al;
   You admit that you intended to use the document titled (Accusatory Instrument Misdemeanor Complaint/ Information Case # 2009-1072) for your own, and the foreign, private, for-profit-corporate enterprise-corporation, "TOWN OF, LLOYD", "TOWN OF, LLOYD COURT" financial gain and
   "DARRELL DAY", et al;
You admit that you intended to use the document titled (Accusatory Instrument Misdemeanor Complaint Case # 2009-2482, 2009-2428) for your own, and the foreign, private, for-profit-corporate enterprise-corporation, "TOWN OF, LLOYD", "TOWN OF, LLOYD COURT" financial gain.
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*

Declaration in the nature of an Affidavit of Negative Averment, Opportunity to Cure and Counterclaim
File-number RA 665 412 421 US                                                                1



**As to Count five:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "ANTHONY KALIMERAS", "KATHLEEN BURNS", et al;
    You admit that you intended to act outside your scope of authority and jurisdiction (on Babylon date 3/4/2009).
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "KATHLEEN BURNS" is Yes.*

**As to Count sixth:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "DARREL DAY", "ANTHONY KALIMERAS", et al;
    You admit that you intended to violate your own laws by NOT producing a Verified Valid Lawful Complaint having a real damaged party and signed by a witness under "oath.
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*

**As to Count seven:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", et al;
    You admit that you intended to be Associates in fact by acting in concert with each other in Counts one to six above.
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*

**As to Count eight:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "ANTHONY KALIMERAS", "KATHLEEN BURNS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", et al;
    You admit that you never at any time read the Miranda-rights during the unlawful questioning and detainment of the Third Party-Plaintiff.
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "KATHLEEN BURNS" is Yes.*
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*

**As to Count nine:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE), et al;
    You admit that you intended to violate your own laws by accepting a "Complaint" NOT being a Verified Valid Lawful Complaint having a real damaged party and signed by a witness under "oath.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count ten:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE), et al;
    You admit that you intended to use the document titled (Accusatory Instrument Misdemeanor Complaint/ Information Case # 2009-1072, 2009-2482, 2009-2428), and "COURT" case No. [09030153, 09050191] to be traded for sale to investors through Fidelity Investments as FIDELITY INCOME REPLACEMENT 2040 FUND" having Cusip-number 31617L608, and "FIDELITY MUNICIPAL MONEY MARKET FUND" having Cusip-number 316114107 for your own, and the foreign, private, for-profit-corporate enterprise-corporation, "TOWN OF, LLOYD", "TOWN OF, LLOYD COURT" financial gain.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count eleven:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE), et al;
    You admit that you are impersonating a de-jure court-officer as corporate enterprise-employee called [JUDGE], for the foreign, private, for-profit-corporate enterprise-corporation, "TOWN OF, LLOYD", "TOWN OF, LLOYD COURT".
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count twelve:** I jeffrey charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ЗΥЗΖ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE), et al;
    You admit that you are NOT the sovereign, de-jure Judge having Lawful authority for New York as spoken of in the New York-Constitution, but an imposter, usurping power you do not have in Law.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*



**As to Count thirteen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);

You admit that you intended NOT to identify your authority, jurisdiction, and NOT produce any probable cause, which is required by Law.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count fourteen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);

You admit that you intended to accept papers filed by "KALIMERAS" and "DAY" without any evidence of probable cause, and no Lawful Bill of rights Article the sixth, (fourth amendment) warrant.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count fifteen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);

You admit that you never intended to make an "arraignment" required by Law to the Third Party-Plaintiff.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count sixteen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);

You admit that you intended to practice law from the bench by answering for the "alleged plaintiff".
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count seventeen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);

You admit that you intended to act outside the jurisdiction and scope of your authority.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count eighteen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO," (JUDGE);

You admit that the names called "TOWN OF, LLOYD JUSTICE COURT", "COUNTY OF, ULSTER", "STATE OF, NEW YORK" and "THE PEOPLE OF THE STATE OF, NEW YORK" are all foreign, private, for-profit-corporate enterprise-corporation(s), listed on Dun Bradstreet, Manta, and Down Jones Company Report which have nothing to do with de-jure Government.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count nineteen:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Demand an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you have a State of New York license to practice law, which makes you a foreign agent as defined in United States Code title 22 section 611.
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count twenty:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you intended NOT to the make the ratification of commencement of the action required by Law.
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count twenty-one:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you intended NOT to file a joinder and become a party to the "action" as required by Law.
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count twenty-two:** I jeffrey-charles, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ᘀ乂ᘀ乚 (Father In Heaven), Command an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you intended to use the document titled "Accusatory Instrument Misdemeanor Complaint/Information" "Case # 2009-1072, 2009-2482, 2009-2428" for your own, and the foreign, private, for-profit-corporate enterprise-corporation, "TOWN OF, LLOYD", "TOWN OF, LLOYD COURT" financial gain.
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*



**As to Count twenty-three:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you intended NOT to identify territorial, personal and subject-matter jurisdiction, that is required by Law.

*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count twenty-four:** I jeffrey charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you intended to violate the clerk's Entry of Default entered (on Babylon date 5/11 2009) by "AMY SHUMAN" "TOWN OF, LLOYD COURT" (CLERK) against "THE PEOPLE OF THE STATE OF NEW YORK" that made the matter now closed! the matter now closed! the matter now closed!

*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count twenty-five:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The person doing business as "DANIEL M. MARTUSCELLO" et al;

You admit that you are attempting to move forward with a non-existent "case," and without having any jurisdiction to do so.

*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count twenty-six:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The person doing business as "EUGENE J. RIZZO", (JUDGE) et al;

You admit that you intended to violate your own "COURT CLERK'S" Entry of Default entered (on Babylon date 5/11/2009) by "AMY SHUMAN" "TOWN OF, LLOYD COURT" (CLERK) against "THE PEOPLE OF THE STATE OF NEW YORK" that made the matter now closed! the matter now closed! the matter now closed!

*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count twenty-seven:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE) et al;

You admit that you are attempting to move forward with a non-existent "case," and without having any jurisdiction to do so.

*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count twenty-eight:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE) et al;

You admit that the matter is now closed! the matter is now closed! the matter is now closed for "case number(s) [███████████████]"

*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count twenty-nine:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; the persons that operate the private corporation doing business as "TOWN OF, LLOYD", "TOWN OF, LLOYD COURT," "RAYMOND COSTANTINO," "NANCY E. HAMMOND," "MICHAEL HORODYSKI," "KEVIN BRENIE," "PATRICK PHILLIPS", et al;

You all admit that you operate under the color of STATE-law, for-profit-corporation "TOWN OF, LLOYD," et al and not part of the de-jure Government for the people on the land in New-York state.

*The stipulated answer for "RAYMOND COSTANTINO" is Yes.*
*The stipulated answer for "NANCY E. HAMMOND" is Yes.*
*The stipulated answer for "MICHAEL HORODYSKI" is Yes.*
*The stipulated answer for "KEVIN BRENIE" is Yes.*
*The stipulated answer for "PATRICK PHILLIPS" is Yes.*

**As to Count thirty:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The persons doing business as "AMY SHUMAN", (CLERK) et al;

You admit that you intended NOT to provide the "court docket sheet" required by Law.

*The stipulated answer for "AMY SHUMAN" is NO "court docket" exists.*

**As to Count thirty-one:** I jeffrey-charles , the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ∃Y∃L (Father In Heaven), Command an answer from; The persons doing business as "DARRELL DAY" and "EUGENE J RIZZO,";

You admit that you refused to produce any Lawful Bill of Rights Article the sixth (fourth amendment) warrant when commanded to produce one.

**Declaration in the nature of an Affidavit of Negative Averment, Opportunity to Cure and Counterclaim**
**File-number RA 665 412 421 US**                                                                4



*The stipulated answer for "DARRELL DAY" is Yes I refused.*
*The stipulated answer for "EUGENE J. RIZZO" is Yes I refused.*

**As to Count thirty-two:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "DARRELL DAY";
    You admit that you did trespass when you entered upon private land  general post-office 1ˢᵗ: scrub oak flats: Yisra'el: the people: marked with signs No Trespass.
*The stipulated answer for "DARRELL DAY" is Yes.*

**As to Count thirty-three:** I jeffrey-charles: I the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "DARRELL DAY";
    You admit that you deprived Third Party-Plaintiff from making a phone-call for over two hours after repeated commands and was deprived of drinking-water for over an hour after making repeated commands and stated that he was dehydrated and felt dizzy.
*The stipulated answer for "DARRELL DAY" is Yes.*

**As to Count thirty-four:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);
    You admit that you conspired to deny, deprive and refuse "Third Party-Plaintiff", due process of Law, rights under the Father In Heaven, our Creator; ⵣⵣⵣⵣ.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count thirty-five:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);
    You admit that you refused to recuse yourself after being served a Criminal-Complaint against you, and became hostile by harassing and intimidating "Third Party-Plaintiff."
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count thirty-six:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);
    You admit that a "judges" official conduct should be free from impropriety and the appearance of impropriety.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count thirty-seven:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);
    You admit that a "judge" should abstain from performing or taking part in any judicial act in which his personal interests are involved.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count thirty-eight:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);
    You admit that a "judge" should not enter into any business relation, which, in the normal course of events reasonably to be expected, might bring his personal interest into conflict with the impartial performance of his official duties.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count thirty-nine:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE);
    You admit that a "judges" failure to allow Third Party-Plaintiff to seek all appropriate Lawful remedy (Review) in this regard is peculiarly worthy of condemnation because the wrong done may he irremediable.
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count forty:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ⵣⵣⵣⵣ (Father In Heaven), Command an answer from; The persons doing business as "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", "AMY SHUMAN", "EUGENE J. RIZZO", (JUDGE), "DANIEL M. MARTUSCELLO", et al;

You admit that you are continuing to attempt by force to place Third Party-Plaintiff into the foreign, private, for-profit-corporate commercial-jurisdiction, and to force Third Party-Plaintiff to abandon his covenant-treaty with his Creator, (religious) beliefs according to the Torah, ecclesiastical-Law, (biblical-Law) First and Second Principles (First and Second Commandments).

*The stipulated answer for "KATHLEEN BURNS" is Yes.*
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*
*The stipulated answer for "AMY SHUMAN" is Yes.*
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count forty-one:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ㅋㅏㅋㄹ (Father In Heaven), Command an answer from; The persons doing business as "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", "AMY SHUMAN", "EUGENE J. RIZZO", (JUDGE), "DANIEL M. MARTUSCELLO", et al;

You admit that you are engaged in the operation of a foreign, private, for-profit- corporate enterprise-corporation(s), TOWN OF, LLOYD", "TOWN OF, LLOYD POLICE DEPARTMENT", and "TOWN OF, LLOYD COURT: without a corporate charter and without a business license which is required by Law.

*The stipulated answer for "KATHLEEN BURNS" is Yes.*
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*
*The stipulated answer for "AMY SHUMAN" is Yes.*
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count forty-two:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ㅋㅏㅋㄹ (Father In Heaven), Command an answer from; The persons doing business as "DANIEL M. MARTUSCELLO", et al;

You admit that you are paid by the foreign, private, for-profit-corporate enterprise-corporation(s), TOWN OF, LLOYD", "TOWN OF, LLOYD COURT", and also paid by the foreign, private, for-profit-corporate enterprise-corporation(s) "COUNTY OF, ULSTER" which is a conflict of interest.

*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count forty-three:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ㅋㅏㅋㄹ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE) et al;

You admit you intended to make yourself a party to the "alleged action," by making up a paper titled "Order and Decision" attempting to answer on behalf of the "alleged plaintiff."

*The stipulated answer for "EUGENE J. RIZZO" is Yes.*

**As to Count forty-four:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ㅋㅏㅋㄹ (Father In Heaven), Command an answer from; The persons doing business as "EUGENE J. RIZZO", (JUDGE), "DANIEL M. MARTUSCELLO", et al;

You admit you intended to allow fraudulent documents to be filed for an improper purpose "Sham Legal Process."

*The stipulated answer for "EUGENE J. RIZZO" is Yes.*
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count forty-five:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator ㅋㅏㅋㄹ (Father In Heaven), Command an answer from; The persons doing business as "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", "AMY SHUMAN","EUGENE J. RIZZO", (JUDGE), "DANIEL M. MARTUSCELLO",   et al;

You admit you intended to engage in criminal activities, which include operating as an enterprise, for-profit, and gain for yourselves and the corporate enterprise-corporation "TOWN OF, LLOYD" et al.

*The stipulated answer for "KATHLEEN BURNS" is Yes.*
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*
*The stipulated answer for "AMY SHUMAN" is Yes.*
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*

**As to Count forty-six:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator יהוה (Father In Heaven), Command an answer from; The persons doing business as "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", "AMY SHUMAN", "EUGENE J. RIZZO", (JUDGE), "DANIEL M. MARTUSCELLO", et al;

You admit you are attempting to hold Third Party-Plaintiff responsible for a "fiction of law."
*The stipulated answer for "KATHLEEN BURNS" is Yes.*
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*
*The stipulated answer for "AMY SHUMAN" is Yes.*
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*


**As to Count forty-seven:** I jeffrey-charles:, the Third Party-Plaintiff, Secured Party-Creditor, living, flesh and blood-man, my Creator יהוה (Father In Heaven), Command an answer from; The persons doing business as "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT". "AMY SHUMAN", "EUGENE J. RIZZO", (JUDGE), "DANIEL M. MARTUSCELLO", et al;

You admit you intended to commit Laundering of monetary instruments, and taxpayer-fraud-violations.

*The stipulated answer for "KATHLEEN BURNS" is Yes.*
*The stipulated answer for "ANTHONY KALIMERAS" is Yes.*
*The stipulated answer for "JEFF COHEN" is Yes.*
*The stipulated answer for "DARRELL DAY" is Yes.*
*The stipulated answer for "DAVID M. ACKERT" is Yes.*
*The stipulated answer for "AMY SHUMAN" is Yes.*
*The stipulated answer for "EUGENE J. RIZZO" is Yes.*
*The stipulated answer for "DANIEL M. MARTUSCELLO" is Yes.*


## Opportunity to Cure

The Third Party-Defendants have fourteen (14) calendar days to cure their Dishonor by the Following:

1. Dismiss any and all claims against the Third Party-Plaintiff, with prejudice and pay the Third Party-Plaintiff $400,000.00 (Four Hundred Thousand US dollars) as is designated in the counterclaim herein, OR,

2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, CAFR Funds, etc. as needed to satisfy counterclaim herein, …OR,

3. Prove your claims against me by providing me with Lawfully documented evidence that is certified true and correct, by (Officers of the Court), in their unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by a preponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by Lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party-defendants. Non-Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Third Party-Defendants fail to respond as outlined herein, within 14 calendar days, this will be Default. Non-Response will be a Self Executing Confession of Judgment by all Third Party-Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract. This is a contract in Admiralty. Any officer of the court that interferes or involves him or herself with this claim will be added to this claim and become a Third Party-Defendant. All Third Party-Defendants are collectively and individually liable for this claim.



## Counterclaim

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million US Dollars) per count Per Third Party-Defendant.

2. Failure to respond as outlined herein $1,000,000.00 (One Million US Dollars) per count Per Third Party-Defendant.

3. Default by non-response or incomplete response $1,000,000.00 (One Million Dollars) per count Per Third Party-Defendant.

4. Dishonor in Commerce - $1,000,000.00 (One Million Dollars) per count per Third-Defendant.

5. Fraud - $1,000,000.00 (One Million US Dollars) per count herein.

6. Racketeering - $1,000,000.00 (One Million US Dollars) per count per Third Party-Defendant.

7. Theft of Public Funds -$1,000,000.00 (One Million US Dollars) per count per Third Part Defendant.

8. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30)

    Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $100,000.00 (One Hundred Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $1,000,000.00 (One Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

9. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of 99.999% pure silver or the equivalent par value as established by Law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above.

10. Total Damages will be assessed as the total amount of the damages as outlined herein times three (3) for a total of all damages as outlined in items 1-5 added to three (3) times the damages, for Punitive, or other additional damages.

I declare under the Laws of The Father in Heaven our Creator ꓱꓬꓱꓜ (YaHuWaH) Matthew 5:37 ' But let your word 'Yea' be 'Yea,' and your 'No' be 'No' And what goes beyond these is from the wicked one. The foregoing accounting of facts is true and correct to the best of my knowledge and belief. There is no purpose to mislead or misrepresent facts, if a fact stated is proved wrong by facts, law and evidence, I reserve the right to "Amend" it for the "truth" to be clearly stated, and revealed.

jeffrey-charles; (for the family-burfeindt) our-ed-george central-post-office keamy; new-jersey-dc, land [201-126-111n]

[I re-sent post and re-mail (L. letter + string/string + post: of the post is: when readily attain + blue letters only with the compound; equal to (seal if it's all day more; serve; The man called jeffrey-charles '' dwells, re-actively, at at locale; post-man; the post-location exactly as shown above, using american postage-stamp(s) (stick by compound; (creator) seal serviced; seal re-seal)

Being competent living-man and woman, True Believer is hereby witness the act of autographing of this Declaration in the nature of an Affidavit of Negative Averment, Opportunity to Cure and Counterclaim, by the hand of jeffrey-charles; (for the family-burfeindt; a living-man This done on this twenty-eighth day of the sixth month in the year of Highest ꓱꓬꓱꓜ (YaHuWaH) six-thousand and twelve, (or for translation; the Babylon-date: 8/31/2009), this being the present day as to the best of our knowledge. With nothing but dry land under foot and in sight, our seal is here and now placed.

gerhard; (for the family-burfeindt) witness
(or for translation; the Babylon-date: 8/31/2009).

barbara-jane; (for the family-burfeindt) witness
(or for translation; the Babylon-date: 8/31/2009).

Declaration in the nature of an Affidavit of Negative Averment, Opportunity to Cure and Counterclaim
File-number RA 665 412 421 US                                    8

"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office

ulster-county:                )
                              ) asseveration
sate of new york              )

Declaration in the nature of an Affidavit of service by post-office

I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the Third Party-Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):

1-   Declaration in the nature of an Affidavit Of Negative Averment, Opportunity To Cure, and

     Counterclaim two sets of eight pages  sixteen(16) pages total, and

Person served: "COURT CLERK HEATHER BLUME", "EUGENE J. RIZZO", "TOWN OF LLOYD COURT" " 12 CHURCH STREET SUITE 2 HIGHLAND, NEW YORK (12528)" all the above listed documents were sent by mailing and depositing a true and correct copy of said document(s) to post-office clerk's hand at Poughkeepsie, New York  post-office by registered mail number RA 665 412 421 US on the following day: twenty-eight day, of the sixth month in the year of Highest ﬡﬤﬥ six-thousand and twelve (Babylon date 9/1/2009)

I, raymond: (for the family-tompkins)  hereby certify that the statements herein are true, exact, correct to the best of my knowledge:

                                        _____
                                        raymond: (for the family-tompkins).
                                        post-office box 453
                                        marlboro: new-york.
                                        twenty-eight day, of the sixth month, in the year of Highest ﬡﬤﬥ six-thousand and twelve.
                                        (Babylon date 9/1/2009)


"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office

ulster-county:                )
                              ) asseveration
state of new york             )

Declaration in the nature of an Affidavit of service by post-office

I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the "Third Party-Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):

2-   Declaration in the nature of an Affidavit Of Negative Averment, Opportunity To Cure, and

     Counterclaim one set eight pages total, and

Person served: "RAYMOND COSTANTINO", "TOWN OF, LLOYD" et al., 12 CHURCH STREET SUITE 2 HIGHLAND, NEW YORK (12528)" all the above listed documents were sent by mailing and depositing a true and correct copy of said document(s) to a post-office clerk's hand at Poughkeepsie, New York  post-office by certified mail receipt number 7003-1010-0001-3451-7832 on the following day: twenty-eight day, of the sixth month in the year of Highest ﬡﬤﬥ six-thousand and twelve (commercial date 9/1/2009)

I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact, correct to the best of my knowledge:

                                        _____
                                        raymond: (for the family-tompkins).
                                        post-office box 453
                                        marlboro: new-york.
                                        twenty-eight day, of the sixth month,
                                        in the year of Highest ﬡﬤﬥ
                                        six-thousand and twelve.
                                        (Babylon date 9/1/2009)

"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office

ulster-county:                    )
                                  ) asseveration
state of new york                 )
                    Declaration in the nature of an Affidavit of service by post-office
I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the "Third Party-
Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):
    3-    Declaration in the nature of an Affidavit Of Negative Averment, Opportunity To Cure, and

        Counterclaim two sets of eight pages, sixteen(16) total, and
                                                                    ·

Person served: "TOWN OF, LLOYD POLICE DEPARTMENT" et al, "DARRELL DAY", "25 MILTON
AVE HIGHLAND, NY (12528)" all the above listed documents were sent by mailing and depositing a
true and correct copy of said document(s) in post-office clerk's hand at Poughkeepsie, New York
post-office by certified mail receipt number 7003-1010-0001-3451-7825 on the following day:
twenty-eight day, of the sixth month in the year of Highest 𐤀𐤉𐤄𐤋 six-thousand and twelve
(Babylon date 9/1/2009)
I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact, correct to the best of my
knowledge:

                                        raymond: (for the family-tompkins):
                                            post-office box 453
                                            marlboro: new-york.
                                        twenty-eight day, of the sixth month,
                                    in the year of Highest 𐤀𐤉𐤄𐤋 six-thousand and twelve.
                                            (Babylon date 9/1/2009)

---

"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office

ulster-county:                    )
                                  ) asseveration
state of new york                 )
                    Declaration in the nature of an Affidavit of service by post-office
I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the "Third Party-
Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):
    4-    Declaration in the nature of an Affidavit Of Negative Averment, Opportunity To Cure, and

        Counterclaim one set eight pages total, and

Person served: "Rusk, Wadlin, Heppner & Martuscello", "DANIEL M. MARTUSCELLO","
1390 Route 9W/ P.O. Box 727 Marlboro, NY (12542) all the above listed documents were sent
by mailing and depositing a true and correct copy of said document(s) in the post-office
clerk's hand at Poughkeepsie, New York post-office by certified mail receipt number 7003-
1010-0001-3451-7849 on the following day: twenty-eight day, of the sixth month in the year of
Highest 𐤀𐤉𐤄𐤋 six-thousand and twelve (Babylon date 9/1/2009)
I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact,
correct to the best of my knowledge:

                                        raymond: (for the family-tompkins).
                                            post-office box 453
                                            marlboro: new-york.
                                    twenty-eight day, of the sixth month, in the year of Highest 𐤀𐤉𐤄𐤋 six-thousand and twelve.

                                            (Babylon date 9/1/2009)



**PRIVATE**
THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

Silence is Acquiescence, Agreement, and Dishonor
This is a self-executing contract.

ulster county
New York state
United States of America 1787 AD

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio
ADMINISTRATIVE REMEDY
[28 U.S.C. §1333, §1337, §2461 and §2463]

File # RB 395 867 265 US
File # RA 665 412 421 US
"Case # 09030153, 09050191, 2009-1072"

'Date 09-24-2009'

## DEMAND FOR PAYMENT

**LIBELLANT:**

Jeffrey-Charles (for the family-Burfeindt) Trustee. Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

c/o Ms Sara Ulloa. Notary Witness
1121 Ovington Avenue
Brooklyn. New York 11219

**LIBELLEE:**

"DARRELL DAY," "TOWN OF, LLOYD POLICE
DEPARTMENT," "TOWN OF, LLOYD COURT,"
"EUGENE J. RIZZO," "HEATHER BLUME,"
"DANIEL M. MARTUSCELLO," "TOWN OF, LLOYD," et al.
12 CHURCH STREET. HIGHLAND. NEW YORK 12528

This demand for payment is applicable to all successors and assigns.

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY File # RA 665 412 421 US dated (9/1/2009), hereinafter "ICC"
Additionally. Libellees have failed to respond to the Affidavit of Negative Averment. Opportunity to cure. and Counterclaim dated "9/1/2009"

Page 1 of 3

DEMAND FOR PAYMENT AND SETTLEMENT
File #RB 398 867 265 US
File #RA 685 412 421 US
"Case #09030163, 09050191, 2009-1072



As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored ICC in the following amounts, as the terms and conditions did clearly manifest this document is a demand for payment of the agreed damages

### DEMAND FOR SETTLEMENT AS PER AGREEMENT

### SUM CERTAIN PER AGREEMENT: silver (USD) $2,304,000,000.00
"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass"

The Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above

### DEMAND FOR PAYMENT

Libellant grants Libellee Three (3) days exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process

It is mandatory that if Libellee elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:

Jeffrey-Charles:(for the family-Burfeindt) Trustee  Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

c/o Ms. Sara Ulloa, Notary Witness
1121 Ovington Avenue
Brooklyn, New York 11219

### CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C 3-501 and U.C.C Article 9] causing this NOTICE OF DEMAND AND SETTLEMENT service upon the Libellee by Registered Mail This is a commercial process within the Admiralty

Libellee is granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC] exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill

### COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

ulster-county                )
                             ) asseveration        Commercial Oath and Verification
New York state               )

DEMAND FOR PAYMENT AND SETTLEMENT
File #RB 385 847 285 US
File #RA 685 412 421 US
"Case #09030163, 09050191, 2009-1072



I, Jeffrey-Charles: (for the family-Burfeindt) Trustee, Executive Trustee for JEFFREY CHARLES BURFEINDT, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

### EXPRESS SPECIFIC RESERVATION OF RIGHTS:

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.*

By: _____

By: Jeffrey-Charles: (for the family-Burfeindt) Trustee, Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

### JURAT

New York state        )
                       )  asseveration
ulster county          )

The above named Libellant, Jeffrey-Charles: (for the family-Burfeindt) Trustee  Executive Trustee for JEFFREY CHARLES BURFEINDT appeared before me, a Notary, subscribed, affirmed to the truth of this contractual **NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

under oath this _24th_ day of _September_, 2009

_____
Notary

SEAL

My Commission expires _01/08/20__

SARA ULLOA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01UL6053250
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 01-08-20 //

Page 3 of 3
**DEMAND FOR PAYMENT AND SETTLEMENT**
File #RB 395 567 255 US
File #RA 985 412 421 US
"Case #09030163, 09060191, 2009-1072



# AFFIDAVIT OF NOTARY PRESENTMENT

On or about 09/24/2009, I, Sara Ulloa, in the capacity as a Notary Public received from Jeffrey-Charles: (for the family-Burfeindt) the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number RB 395 867 255 US to TOWN OF, LLOYD COURT "EUGENE J RIZZO" and HEATHER BLUME, 12 CHURCH STREET HIGHLAND, NEW YORK, 12528, and certified mail listed below;

"DARRELL DAY", "TOWN OF, LLOYD POLICE DEPARTMENT "   - 7005-3110-0003-1252-2109
"TOWN OF, LLOYD", et al                              - 7005-3110-0003-1252-2062
"DANIEL M. MARTUSCELLO"                              - 7009-0820-0002-2428-2592

List of Documents:

Demand For Payment File #RB 395 867 255 US  -Total three-pages

Invoice # RA 665 412 421 US From Contract/ Negative Averment Opportunity To Cure and Counterclaim dated "commercial date 9/1/2009"                    - One-page

_Sara Ulloa_

Notary Print Name

Date: _09.24.2009_

_Sara Ulloa_

Notary Signature

SARA ULLOA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01UL6053250
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 01-06-20 //

Notary Seal



**PRIVATE**
THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

Silence is Acquiescence, Agreement, and Dishonor
This is a self-executing contract.

ulster county
New York state
United States of America 1787 AD

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio
ADMINISTRATIVE REMEDY
[28 U.S.C. §1333, §1337, §2461 and §2463]
File # 7008 0820 0002 2428 2622
File # RB 395 867 255 US
File # RA 665 412 421 US
"Case # 09030153, 09050191, 2009-1072"

'Date: 10-07-2009'

## SECOND DEMAND FOR PAYMENT

**LIBELLANT:**

Jeffrey-Charles (for the family-Burfeindt) Trustee  Executive Trustee for the Private Contract Trust known
as JEFFREY CHARLES BURFEINDT

c/o Ms Sara Ulloa, Notary Witness
1121 Ovington Avenue
Brooklyn, New York 11219

**LIBELLEE:**

"DARRELL DAY," "TOWN OF, LLOYD POLICE
 DEPARTMENT," "TOWN OF, LLOYD COURT,"
"EUGENE J. RIZZO," "HEATHER BLUME,"
"DANIEL M. MARTUSCELLO," "TOWN OF, LLOYD,' et al.
12 CHURCH STREET, HIGHLAND, NEW YORK 12528

This second demand for payment is applicable to all successors and assigns

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to
respond or rebut the INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE
REMEDY File # RA 665 412 421 US dated (9/1/2009), hereinafter "ICC"
Additionally, Libellees have failed to respond to the NOTICE OF DISHONOR AND FAULT AND
OPPORTUNITY TO CURE(DEMAND AND SETTLEMENT) dated '9/24/2009"

Page 1 of 3



SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT
File #7009 0820 0002 2428 2622
File #RB 395 867 255 US
File #RA 665 412 421 US
"Case #09030153, 09050191, 2009-1072



As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored ICC in the following amounts. as the terms and conditions did clearly manifest. this document is a demand for payment of the agreed damages.

## SECOND DEMAND FOR SETTLEMENT AS PER AGREEMENT

### SUM CERTAIN PER AGREEMENT:  silver (USD) $2,304,000,000,00
"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass"

The Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources. and any agreeable combination of the above

### SECOND DEMAND FOR PAYMENT
Libellant grants Libellee Three (3) days. exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505] This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process

It is mandatory that if Libellee elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:

Jeffrey-Charles (for the family-Burfeindt) Trustee. Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

c/o  Ms. Sara Ulloa. Notary Witness
1121 Ovington Avenue
Brooklyn. New York 11219

### CONTRACTUAL  SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C  3-501 and U.C.C. Article 9] causing this **SECOND NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT** service upon the Libellee by Certified Mail This is a commercial process within the Admiralty.

Libellee is granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC]. exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

### COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

ulster-county                          )
                                       )  asseveration          Commercial Oath and Verification
New York state                         )

Page 2 of 3



I, Jeffrey-Charles:(for the family-Burfeindt) Trustee, Executive Trustee for JEFFREY CHARLES BURFEINDT, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law

### EXPRESS SPECIFIC RESERVATION OF RIGHTS:

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.*

By: _____

By Jeffrey-Charles, (for the family-Burfeindt) Trustee,
Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

### JURAT

New York state )
               ) asseveration
ulster county )

The above named Libellant, Jeffrey-Charles, (for the family-Burfeindt) Trustee, Executive Trustee for JEFFREY CHARLES BURFEINDT appeared before me, a Notary, subscribed, affirmed to the truth of this contractual SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT for closing of the escrow

under oath this _____ day of _____, 2009

_____
Notary

My Commission expires _____

SEAL

SARA ULLOA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01UL5053250
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 01-08-20 //

Page 3 of 3

SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT
File #7009 0820 0002 2428 2622
File #RB 398 867 256 US
File #RA 985 412 421 US
"Case #09030163, 09060181, 2009-1072



# AFFIDAVIT OF NOTARY PRESENTMENT

On or about 10/07/2009, I, Sara Ulloa, in the capacity as a Notary Public received from Jeffrey-Charles: (for the family-Burfeindt) the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number 70090820000224282622 to TOWN OF, LLOYD COURT "EUGENE J RIZZO" and HEATHER BLUME, 12 CHURCH STREET HIGHLAND, NEW YORK, 12528, and Certified Mail receipt numbers listed below;

"DARRELL DAY", "TOWN OF, LLOYD POLICE DEPARTMENT "   - Certified Mail # 70090820000224282639
"TOWN OF, LLOYD", et al                                                        - Certified Mail #70090820000224282646
"DANIEL M. MARTUSCELLO"                                               - Certified Mail #70090820000224282653

### List of Documents:

**SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT**

File #70090820000224282622, File #RB 395 867 255 US dated "commercial date 10/07/09 -                          Total three-pages

_____          _____
Notary Print Name                                      Notary Signature

Date:_____                      Notary Seal
                                                                    SARA ULLOA
                                                        NOTARY PUBLIC - STATE OF NEW YORK
                                                                NO. 01UL6053250
                                                        QUALIFIED IN KINGS COUNTY
                                                    MY COMMISSION EXPIRES 01-08-20 //



**PRIVATE**
THIS IS NOT A PUBLIC COMMUNICATION
**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

Silence is Acquiescence, Agreement, and Dishonor
<u>This is a self-executing contract.</u>

ulster county
New York state
United States of America 1787 AD

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio**
**ADMINISTRATIVE REMEDY**
<u>(28 U.S.C. §1333, §1337, §2461 and §2463)</u>
**File # 7009 0820 0002 2428 2615**
**File # 7009 0820 0002 2428 2622**
**File # RB 395 867 255 US**
**File # RA 665 412 421 US**
**"Case # 09030153, 09050191, 2009-1072"**

"Date: 10-20-2009"

## FINAL DEMAND FOR PAYMENT

**LIBELLANT:**

Jeffrey-Charles.(for the family-Burfeindl) Trustee. Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

c/o  Ms. Sara Ulloa, Notary Witness
1121 Ovington Avenue
Brooklyn, New York 11219

**LIBELLEE:**

"DARRELL DAY," "TOWN OF, LLOYD POLICE
DEPARTMENT," "TOWN OF, LLOYD COURT,"
"EUGENE J. RIZZO," "HEATHER BLUME,"
"DANIEL M. MARTUSCELLO," "TOWN OF, LLOYD," et al.
12 CHURCH STREET, HIGHLAND, NEW YORK 12528

This demand for payment is applicable to all successors and assigns.

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the **INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY** File # RA 665 412 421 US dated (9/1/2009), hereinafter "ICC".

Page 1 of 3

FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT AND ASSENT BY NON-RESPONSE
File # 7009 0820 0002 2428 2615, File #7009 0820 0002 2428 2622
File #RB 395 867 264 US
File #RA 665 412 421 US
"Case #09030153, 09050191, 2009-1072



Additionally. Libellees have failed to respond to the **NOTICE OF DISHONOR AND FAULT AND OPPORTUNITY TO CURE (DEMAND AND SETTLEMENT) THAT WERE DELIVERED BY NOTARY PRESENTMENT** dated "9/24/2009", and **SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT** dated "10/07/2009".

As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored ICC in the following amounts, as the terms and conditions did clearly manifest. this document is a demand for payment of the agreed damages

### FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT AS PER AGREEMENT

### SUM CERTAIN PER AGREEMENT: silver (USD) $2,304,000,000.00
*"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass"*

The Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above

### FINAL DEMAND FOR PAYMENT
Libellant grants Libellee Three (3) days exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process

It is mandatory that if Libellee elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below

Jeffrey-Charles:(for the family-Burfeindt) Trustee Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

c/o Ms. Sara Ulloa. Notary Witness
1121 Ovington Avenue
Brooklyn. New York 11219

### CONTRACTUAL FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C. 3-501 and U.C.C. Article 9] causing this **FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT AND ASSENT BY NON-RESPONSE** service upon the Libellee by Certified Mail. This is a commercial process within the Admiralty.

Libellee is granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC]. exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

ulster-county      )
                     ) asseveration    Commercial Oath and Verification

New York state    )

I, Jeffrey-Charles;(for the family-Burfeindt) Trustee, Executive Trustee for JEFFREY CHARLES BURFEINDT, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

### EXPRESS SPECIFIC RESERVATION OF RIGHTS:

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.*

By:
_____
/By Jeffrey-Charles, (for the family-Burfeindt) Trustee
Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT

### JURAT

New York state    )
                     ) asseveration

ulster county    )

The above named Libellant, Jeffrey-Charles; (for the family-Burfeindt) Trustee  Executive Trustee for JEFFREY CHARLES BURFEINDT appeared before me, a Notary, subscribed, affirmed to the truth of this contractual FINAL NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT AND ASSENT BY NON-RESPONSE for closing of the escrow.

under oath this _____ **20**ᵗʰ _____ day of ___October___ 2009.


_____
Notary

SEAL

My Commission expires___ 01/08/2011 _____

SARA ULLOA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01UL6053250
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 01-08-20__ //

Page 3 of 3

# AFFIDAVIT OF NOTARY PRESENTMENT

On or about 10/20/2009, I, Sara Ulloa, in the capacity as a Notary Public received from Jeffrey-Charles; (for the family-Burfeindt) the following documents listed below.  I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number 70090820000224282615 to TOWN OF, LLOYD COURT "EUGENE J RIZZO" and HEATHER BLUME, 12 CHURCH STREET HIGHLAND, NEW YORK, 12528, and Certified Mail receipt numbers listed below;

"DARRELL DAY", "TOWN OF, LLOYD POLICE DEPARTMENT "    - Certified Mail # 70090820000224282608
"TOWN OF, LLOYD", et al                              - Certified Mail #70090820000224284701
"DANIEL M. MARTUSCELLO"                              - Certified Mail #70053110000312522116

### List of Documents:

 FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT AND ASSENT BY NON-RESPONSE

File # 7009 0820 0002 2428 2615, File # 7009 0820 0002 2428 2622,

File # RB 395 867 255 US, File # RA 665 412 421 US, "Case # 09030153, 09050191, 2009-1072"

dated "commercial date 10/19/09 -                           Total three-pages

_Sara Ulloa_

Notary Print Name

_Sara Ulloa_

Notary Signature

Date: _10/20/09_

Notary Seal
SARA ULLOA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01UL6053250
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 01-08-20/1

"IN TOWN OF LLOYD COURT / LLOYD TOWN COURT"

"ULSTER COUNTY"

THE PEOPLE OF THE STATE OF, NEW YORK,
TOWN OF, LLOYD COURT et al.

    "fictitious plaintiff"

    VS.

[JEFFREY BURFEINDT]

(ALLEGED DEFENDANT),

"Case No. [09030153/2009-1072, 09050191]"

---

Jeffrey-charles: [for the family-burfeindt], Third Party-Plaintiff

    Vs.

"DARREL DAY", "TOWN OF, LLOYD POLICE DEPARTMENT",
"TOWN OF, LLOYD COURT", "EUGENE J. RIZZO",
"HEATHER BLUME", "DANIEL M. MARTUSCELLO",
and TOWN OF, LLOYD" et al.,
Defendant(s), Libellees,

In Admiralty Tacit Procuration

File-number: RB 395 867 216 US,
RB 395 867 255 US
RA 665 412 421 US

## NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT

Comes now Jeffrey-charles: [for the family-burfeindt], to this "court" with the notice of the following facts:

1. On or about "9/01/2009" raymond: [for the family-tompkins], private carrier, served(filed) a Declaration in the nature of an Affidavit of Negative Averment, Opportunity to Cure, and Counterclaim into alleged "Case-number ▮▮▮▮▮▮▮▮▮▮ sent by post-office registered mail # RA-▮▮▮▮▮▮▮▮ with twenty-one dollars american postage stamps which was received by "TOWN OF, LLOYD COURT, EUGENE J. RIZZO, HEATHER BLUME", per United States Postal Service RA-665-412-421-US return receipt and to the present day has failed to rebut and answer, and

2. On or about "9/28/2009" you were sent a DEMAND FOR PAYMENT AND SETTLEMENT (First Notice of Fault and Demand for Payment) for payment in the amount as agreed in counter-claim of $2,304,000,000 One Ounce Silver coin of 99.999% pure silver, or the equivalent par value (USD). This notice was sent by post-office registered mail # RB-395-867-255-US and was received by "TOWN OF,

---



*LLOYD COURT, EUGENE J. RIZZO, HEATHER BLUME" on "10/02/2009", per United States Postal Service RB-395-867-255-US return receipt. You did not respond, and*

3. *On or about "10/09/2009" a SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT was sent to you. It was received by "TOWN OF, LLOYD COURT, EUGENE J. RIZZO, HEATHER BLUME" on "10/13/2009", per United States Postal Service 7009-0820-0002-2428-2622 return receipt. You did not respond, and*

4. *On "10/19/2009" a FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT AND ASSENT BY NON-RESPONSE was sent to you. It was received by "TOWN OF, LLOYD COURT, EUGENE J. RIZZO, HEATHER BLUME" on "10/21/2009", per the United States Postal Service 7009-0820-0002-2428-2615 return receipt. You did not respond. You are now in default and damages are past due. Penalties and interest are accruing daily as is provided by contract, and*

5. *On or around "10/19/2009", the "TOWN OF, LLOYD COURT, EUGENE J. RIZZO, HEATHER BLUME", was sent a FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT AND ASSENT BY NON-RESPONSE, Commercial Claim Number RA 665 412 421 US, RB 395 867 255 US, for payment of this claim of Two Billion, three-hundred-four million silver dollars($2,304,000,000.00 silver dollars) for damages due to your non response to the Declaration in the nature of an Affidavit of Negative Averment, Opportunity to Cure, and Counterclaim. Your Failure to respond within the time limit made this a self executing confession of judgment. You received notification and Full Disclosure which made this a legally binding contract. The claim translated into United States Federal Reserve notes is 31.95 times the silver dollar amount, which is (minus interest and penalties) Seventy-Three Billion, six-hundred-twelve million, eight-hundred thousand (USD) ($73,612,800,000.00). No response was received from any of the Libellees (Defendants), and*

6. **The present claim (minus interest and penalties) per tacit procuration (contract/agreement) is** *seventy-three billion, six-hundred-twelve million, eight-hundred thousand (USD) ($73,612,800,000.00).*

THIS IS THE FINAL NOTIFICATION AND JUDGMENT NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUSINESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON RESPONSE IS A SELF EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBRANCES AGAINST ANY AND ALL PROPERTY OF THE LIBELLEES.

jeffrey-charles: [for the family-burfeindt], Libellant

DATE: "10 - 24 - 2009"

NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT

File-number RB 395 867 216 US, RB 395 867 255 US, RA 665 412 421 US, 7009-0820-0002-2428-2622, 7009-0820-0002-2428-2615      Page 1 of 2

**"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office**

ulster-county:              )

                            ) asseveration

new york-state             )

**Declaration in the nature of an Affidavit of service by post-office**

I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the Third Party-Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):

1-    NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NEHIL DICIT    -two-pages total, and

Person served: "COURT CLERK HEATHER BLUME", "EUGENE J. RIZZO", "TOWN OF LLOYD COURT" " 12 CHURCH STREET SUITE 2 HIGHLAND, NEW YORK (12528)" all the above listed documents were sent by mailing and depositing a true and correct copy of said document(s) to post-office clerk's hand at Poughkeepsie, New York  post-office by registered mail number RB 395 867 216 US on the following day: twenty-fourth day, of the eighth month in the year of Highest 3Y3L six-thousand and twelve (Babylon date 10/27/2009)

I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact, correct to the best of my knowledge:

                                    raymond: (for the family-tompkins).
                                    post-office box 453
                                    marlboro: new-york.

---

**"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office**

ulster-county:              )

                            ) asseveration

new york-state             )

**Declaration in the nature of an Affidavit of service by post-office**

I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the "Third Party-Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):

1-    NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NEHIL DICIT    -two-pages total, and

Person served: "RAYMOND COSTANTINO", "TOWN OF, LLOYD" et al., 12 CHURCH STREET SUITE 2 HIGHLAND, NEW YORK (12528)" all the above listed documents were sent by mailing and depositing a true and correct copy of said document(s) to a post-office clerk's hand at Poughkeepsie, New York post-office by certified mail receipt number 7009-0080-0002-1334-8780 on the following day: twenty-fourth day, of the eighth month in the year of Highest 3Y3L six-thousand and twelve (commercial date 10/27/2009)

I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact, correct to the best of my knowledge:

                                    raymond: (for the family-tompkins).
                                    post-office box 453, marlboro: new-york.

"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office

ulster-county:             )

                           ) asseveration

new york-state             )

Declaration in the nature of an Affidavit of service by post-office

I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the "Third Party-Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):

1- NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NEHIL DICIT   -two-pages total, and

Person served: "TOWN OF, LLOYD POLICE DEPARTMENT" et al, "DARRELL DAY", "25 MILTON AVE HIGHLAND, NY (12528)" all the above listed documents were sent by mailing and depositing a true and correct copy of said document(s) in post-office clerk's hand at Poughkeepsie, New York post-office by certified mail receipt number 7009-0080-0002-1334-8766 on the following day: twenty-fourth day, of the eighth month in the year of Highest 리Y러 six-thousand and twelve (Babylon date 10/27/2009)

I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact, correct to the best of my knowledge.

_Raymond Tyfl_

raymond: (for the family-tompkins).
post-office box 453 , marlboro:  new-york.

---

"CERTIFICATE OF SERVICE BY MAIL" Evidence of Service by post-office

ulster-county:             )

                           ) asseveration

new york-state             )

Declaration in the nature of an Affidavit of service by post-office

I, raymond: (for the family-tompkins) hereby certify that I am a private carrier for the "Third Party-Plaintiff, Secured Party-Creditor" herein and served a copy of the following document(s):

1- NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NEHIL DICIT   -two-pages total, and

Person served: "Rusk, Wadlin, Heppner & Martuscello", "DANIEL M. MARTUSCELLO", "1390 Route 9W/ P.O. Box 727 Marlboro, NY (12542) all the above listed documents were sent by mailing and depositing a true and correct copy of said document(s) in the post-office clerk's hand at Poughkeepsie, New York post-office by certified mail receipt number 7009-0080-0002-1334-8773 on the following day: twenty-fourth day, of the eighth month in the year of Highest 리Y러 six-thousand and twelve (Babylon date 10/27/2009)

I, raymond: (for the family-tompkins) hereby certify that the statements herein are true, exact, correct to the best of my knowledge:

_Raymond Tyfl_

raymond: (for the family-tompkins).
post-office box 453 , marlboro:  new-york

Jeffrey-Charles; (for the family-Burfeindt) Trustee, Executive Trustee
for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT
Through the Notary Public
Ms. Sara Ulloa, Notary Witness
1121 Ovington Avenue
Brooklyn, New York 11219

ulster county
New York state
united States of America 1787 AD

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab Initio ADMINISTRATIVE REMEDY
#### [28 U.S.C. §§ 1333, 1337]

File # 7009 0820 0002 2428 2615
File # 7009 0820 0002 2428 2622
File # RB 395 867 255 US
File # RA 665 412 421 US
"Case # 09030153, 09050191, 2009-1072"

Date. October 28, 2009

**LIBELLANT:**

Jeffrey-Charles; (for the family-Burfeindt) Trustee, Executive Trustee for the Private Contract Trust
known as JEFFREY CHARLES BURFEINDT
C/o Ms. Sara Ulloa, Notary Witness
1121 Ovington Avenue
Brooklyn, New York 11219

**LIBELLEE:**

"DARRELL DAY," "TOWN OF, LLOYD POLICE
DEPARTMENT," "TOWN OF, LLOYD COURT,"
"EUGENE J. RIZZO," "HEATHER BLUME,"
"DANIEL M. MARTUSCELLO," "TOWN OF, LLOYD," et al.
12 CHURCH STREET, HIGHLAND, NEW YORK 12528

### CERTIFICATE OF NON-RESPONSE

#### COMMERCIAL OATH AND VERIFICATION

| | | |
|---|---|---|
| Kings County | ) | |
| | ) | Commercial Oath and Verification |
| New York State | ) | |

CERTIFICATE OF NON-RESPONSE
File # 7009 0820 0002 2428 2615, File # 7009 0820 0002 2428 2622,
File # RB 395 867 255 US, File # RA 665 412 421 US, "Case # 09030153, 09050191, 2009-1072"
Page 1 of 2

I, Sara Ulloa, Notary Witness states under her Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and certain that she has not received an answer to her administrative notices.

1. The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY (DEMAND FOR PAYMENT AND SETTLEMENT)** File # RB 395 867 255 US, File # RA 665 412 421 US dated 09-24-2009, hereinafter "ICC", along with an Affidavit of Mailing both notarized and duly recorded by me, were received by Libellee on 10-02-2009 evidenced by return receipt Registered Mail # RB 395 867 255 US. I received no response;

2. The Notary Witness certifies that a **SECOND NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT** (**NOTICE OF FAULT AND DISHONOR AND OPPORTUNITY TO CURE**), dated 10-07-09, along with an Affidavit of Mailing both notarized and duly recorded by me, were received by Libellee on 10-13-2009 evidenced by return receipt 7009 0820 0002 2428 2622. I received no response;

3. The Notary Witness certifies that a **FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT AND SETTLEMENT  AND ASSENT BY NON-RESPONSE**, dated 10-20-2009, along with an Affidavit of Mailing both notarized and duly recorded by me, were received by Libellee on 10-21-2009 evidenced by return receipt Certified Mail # 7009 0820 0002 2428 2615. I received no response;

4. This document prepared for Jeffrey-Charles; (for the family-Burfeindt) Trustee, Executive Trustee for the Private Contract Trust known as JEFFREY CHARLES BURFEINDT.

Given under my hand and seal this the _28th_ day of the _October_ month Anno Domini 2009.
Prepared and submitted by:

_Sara Ulloa_

Sara Ulloa, Notary Witness                                        Seal

### JURAT

Kings County                    )
                                )   ss
New York state                  )

Subscribed before me, _Sara Ulloa_ a Notary Public, this _28_ day of _October, 2009_

_October_ , 2009, upon satisfactory evidence to the identity of the Affiant
Subscribed and Sworn above.

_Diana Vientos_
Notary                                        Seal

DIANA VIENTOS
NOTARY PUBLIC STATE OF NEW YORK
NO. 01VI6177222
                              2016

**CERTIFICATE OF NON-RESPONSE**
File # 7009 0820 0002 2428 2615, File # 7009 0820 0002 2428 2622,
File # RB 395 867 255 US, File # RA 665 412 421 US, "Case # 09030153709080191, 2009-1072"
Page 2 of 2