**BAILEY, KELLEHER & JOHNSON, P. C.**
ATTORNEYS AT LAW
PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK  12205
TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.bkjlaw.com

| | |
|---|---|
| **John W. Bailey**<br>**Nannette R. Kelleher**<br>**Thomas J. Johnson** | Vincent J. DeLeonardis<br>Andrew T. Marciniszyn<br>Crystal R. Mennillo<br>Catherine P. Ham<br>Dinna Eskin-Colon<br>Marc J. Kaim<br>Aaron E. Connor<br>William T. Little |

April 21, 2010

**Via Electronic Filing**
Lawrence K. Baerman, Clerk of Court
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

   Re: County of Ulster et. al, v. Richard Enrique Ulloa, et. al.
     Case No.:
     Our File No.:  995-TR10

Dear Mr. Baerman:

Enclosed for filing please find Complaint and Civil Cover Sheet with attachment, with regard to the above-referenced matter.  Thank you for your courtesies with regard to this matter.

             Respectfully submitted,

              S/
             John W. Bailey
             Bar Roll No.:  101069

Enclosures