**BAILEY, KELLEHER & JOHNSON, P. C.**
ATTORNEYS AT LAW
PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK 12205
TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.bkjlaw.com

John W. Bailey
Nannette R. Kelleher
Thomas J. Johnson

Vincent J. DeLeonardis
Andrew T. Marciniszyn
Crystal R. Mennillo
Catherine P. Ham
Dinna Eskin-Colon
Marc J. Kaim
Aaron E. Connor
William T. Little

May 17, 2010

<u>Via Electronic Filing</u>
Hon. Magistrate Judge David R. Homer
James T. Foley U.S. Courthouse
445 Broadway, Room 345
Albany, New York 12207-2936

  Re: County of Ulster et. al, v. Richard Enrique Ulloa, et. al.
     Case No.: 1:10-cv-00467 (TJM/DRH)
     Our File No.: 995-TR10

Dear Judge Homer:

The undersigned represent the plaintiffs in above-referenced Civil RICO matter. The purpose of this letter is to request additional time to file a civil RICO statement as required by General Order No. 14.

On April 22, 2010, plaintiffs filed their action against defendants. Immediately thereafter, plaintiffs hired two process servers to effect service on the various defendants. To date however, only one defendant has been served and it is likely that it will be some time before all defendants are served. As such, it is my opinion that it would be premature to file plaintiffs' civil RICO in compliance with 30 day period set forth in General Order No.

Hon. Magistrate Judge David R. Homer
May 17, 2010
Page 2

14. Accordingly, plaintiffs' counsel respectfully requests that the Court order that plaintiffs' civil RICO statement be filed on or before June 30, 2010.

Thank you for your consideration of this matter.

Respectfully submitted,

John W. Bailey

JWB:mfv

So Ordered:

David R. Homer     5/18/10

Hon. Magistrate Judge David R. Homer