Sara M. Ulloa
c/o 1121 Ovington Avenue
Brooklyn, New York republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 2 7 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ULSTER, NEW YORK ) <br> THE TOWN OF LLOYD, NEW YORK, ) <br> TOWN OF ROSENDALE, NEW YORK, ) <br> TOWN OF ULSTER, NEW YORK ) <br> DARRELL DAY, EUGENE J. RIZZO, ) <br> DANIEL M. MARTUSCELLO, ) <br> HEATHER BLUME, ANTHONY ) <br> KALIMERAS, KATHLEEN BURNS ) <br> JEFF COHEN, DAVID M. ACKERT, ) <br> AMY SHUMAN, ROBERT VOSPER, ) <br> JOSHUA CALIENDO, BEATRICE ) <br> HAVRANEK, EILEEN B. KATASKY ) <br> NINA POSUPACK, NEREIDA VEYTIA) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> ) <br> RICHARD ENRIQUE ULLOA, SARA ) <br> ULLOA, JEFFREY-CHARLES ) <br> BURFEINDT, ED-GEORGE ) <br> PARENTEAU, RAYMOND ) <br> TOMKINS, KATERINE A. CAIRO ) <br> DAVIS, KATHY STEINHILBER, ) <br> ) <br> ) <br> Defendants ) <br> ) | CASE # 1:10-CV-00467 <br> TJM/DRH <br><br><br><br><br><br> MOTION TO DISMISS |

## MOTION TO DISMISS

1
2
3
4

Comes now Sara Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

5
6
7
8
9

I submit this Motion to Dismiss based on the fact that I am an officer of the court and have not committed any crimes, I have executed the functions of my office as a Notary Public for the State of New York, and as authorized and licensed by the Secretary of State of New York and demand to be removed from this action.

1. The verification and notarizing of documents are done by officers of the state court, and licensed by the Secretary of State for the State of New York. These Notaries are not licensed by the United States or the UNITED STATES, or the United States of America, and therefore this court does not have subject matter jurisdiction, therefore my name should be removed from this action.

2. Plaintiff's claims are largely related to challenging a commercial lien, which I am no part of, (under the guise, pretext, sham and subterfuge of a civil RICO action), an area of law preempted by state law in that it is well settled that state law establishes the property interest of parties subject to commercial liens, therefore my name should be removed from this action;

3. The fact of the commercial lien is a matter of state law and not subject to intervention by federal courts (courts of limited jurisdiction) and thus the court lacks subject matter jurisdiction, therefore my name should be removed from this action;

4. For those parties listed as juristic entities (artificial persona) there is no proof that the parties are authorized to bring suit so the court lacks in personam jurisdiction for those parties, therefore my name should be removed from this action;

5. The plaintiffs did not authorize the under signed attorney to proceed on their behalf and the attorney is not a party to the suit, this is based on the record and evidence in this action, there are no affidavits or power of attorneys signed and Notarized by a licensed New York State Notary Public from ANY Plaintiff's, therefore not only my name should be removed, but the entire action should be dismissed;

6. The purpose of the courts, is to "Protect and maintain individual rights" based on the Constitution and Declaration of Independence. Standing is the number one issue facing this court. If Plaintiff has no standing, there is no subject matter jurisdiction. In Clifford S v. Superior Court, 45 Cal Rptr.2d 333,335 states, if a party is found to lack standing the court is without subject matter jurisdiction to determine the cause… A court lacks discretion to consider the merits of a case over which it is without jurisdiction. Standing is a necessary component of subject matter jurisdiction Rames v. Bryd, 521 US 811. Standing is perhaps the most important of the jurisdictional doctrines… standing represents a jurisdictional requirement which remains open to review at all stages of the litigations…. Now, Inc v. Scheidler, 510 US 249. The requirement of standing however has a core component derived directly from the Constitution. A Plaintiff <u>must</u> allege <u>personal injury fairly traceable</u> to the defendant's <u>allegedly unlawful conduct</u> and likely to be redressed by the requested relief… Allen v. Wright, 468 US 737,751 (1984); Therefore based on the fact that I have not violated the rights of any of the Plaintiff's and the fact that I am licensed by the State of New York, and the Certified by the Secretary of State for the State of New York, the Plaintiff's have no standing to bring this action, I demand my name be removed from this action.

_____
Sara M. Ulloa,

Date: May 25, 2010

State of New York }

ss

County of Kings }

On the 25th day of May in the year 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared Sara Maria Ulloa, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their

1  capacity(ies), and that by his/her/their signatures(s) on the Instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

2
3                                   Signature _Diana Vientos_____ (seal)
4                                        DIANA VIENTOS
                                   NOTARY PUBLIC STATE OF NEW YORK
                                            NO. 01VI4748586
5                                     QUALIFIED IN KINGS COUNTY
                                   COMMISSION EXPIRES JANUARY 31, 2014

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Proof and Evidence of Service**

I, Sara Maria Ulloa: *declare that I served by filing one copy of the* "**MOTION TO DISMISS**" *by* "hand-delivered by private carrier-service on "State of New York Supreme Court Ulster County" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

*/s/ Sara Ulloa*
———————————————
Sara M. Ulloa

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT