U.S. DISTRICT COURT
**N.D. OF N.Y.**
**FILED**

MAY 2 7 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Sara M. Ulloa
c/o 1121 Ovington Avenue
Brooklyn, New York republic

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ) | CASE # 1:10-CV-00467 |
| COUNTY OF ULSTER, NEW YORK   ) | TJM/DRH |
| THE TOWN OF LLOYD, NEW YORK,) | |
| TOWN OF ROSENDALE,NEW YORK, ) | |
| TOWN OF ULSTER, NEW YORK     ) | |
| DARRELL DAY, EUGENE J. RIZZO, ) | |
| DANIEL M. MARTUSCELLO,         ) | |
| HEATHER BLUME, ANTHONY       ) | |
| KALIMERAS, KATHLEEN BURNS    ) | |
| JEFF COHEN, DAVID M. ACKERT,  ) | |
| AMY SHUMAN, ROBERT VOSPER, ) | |
| JOSHUA CALIENDO, BEATRICE      ) | |
| HAVRANEK, EILEEN B. KATASKY  ) | |
| NINA POSUPACK, NEREIDA VEYTIA) | AFFIDAVIT OF TRUTH IN |
| ) | SUPPORT FOR MOTION TO |
| Plaintiffs,          ) | DISMISS |
| ) | |
| -against-          ) | |
| ) | |
| ) | |
| RICHARD ENRIQUE ULLOA, SARA ) | |
| ULLOA, JEFFREY-CHARLES          ) | |
| BURFEINDT, ED-GEORGE           ) | |
| PARENTEAU, RAYMOND            ) | |
| TOMKINS, KATERINE A. CAIRO     ) | |
| DAVIS, KATHY STEINHILBER,      ) | |
| ) | |
| ) | |
| Defendants          ) | |
| ) | |

## AFFIDAVIT OF TRUTH IN SUPPORT FOR MOTION TO DISMISS

AFFIDAVIT OF TRUTH Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Comes now Sara Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

Sara Maria Ulloa, reserving her rights "without prejudice" under the New York state Uniform Commercial Code 1-207, and Articles 1 to 13, hereby affirms;

I represent the Trust for SARA M. ULLOA, that Trust is over the age of 18, and affirms under penalty of perjury, that;

I submit this Affidavit of Truth for and into and for the record that all documents submitted in support of the Motion to Dismiss are true and correct, and that I have first hand knowledge of all the facts in all these documents.

1. On or around the months of September and October 2009, Jeffrey-Charles, asked me to notarize his autograph and I watched him seal the envelope under my notary seal.

2. According to my records I notarized documents on or around September 24, 2009, October 7, 2009, October 20, 2009, and October 28, 2009.

3. There was nothing abnormal about this notarization as far as I can see.

4. As a licensed Notary Public, Licensed by the New York Department of State, and the Secretary of State of New York there was nothing odd about notarizing these documents for Jeffrey-Charles, as an officer of the court, I do not have to read, scrutinize or approve or disapprove of the contents of the documents. It is my job to verify contents of the document which I dis not do.

5. I could not verify any of the Exhibits, I do not know if they are true copies or masterful forgeries since there were no Affidavits to attest their validity and truthfulness that they were made from the original documents I notarized.

1

2                                                                *Sara Ulloa*

                                                       Sara M. Ulloa,

3

4                                                      Date: May 25, 2010

State of New York }

5

                              ss

6

County of Kings    }

7

On the 25th day of May in the year 2010  before me, the undersigned, a Notary Public in and

8 for said State, personally appeared Sara Maria Ulloa, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to

9 the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signatures(s) on the Instrument, the individual(s), or the

10 person upon behalf of which the individual(s) acted, executed the instrument.

11

                                  Signature _Diana Vientos_ _____ (seal)

12

13                               **DIANA VIENTOS**
                        **NOTARY PUBLIC STATE OF NEW YORK**
                           NO. 01VI4748586

14                           QUALIFIED IN KINGS COUNTY
                      COMMISSION EXPIRES JANUARY 21, 2014

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proof and Evidence of Service**

1

*I,* Sara Maria Ulloa: *declare that I served by filing one copy of the* "**AFFIDAVIT OF TRUTH IN**

2

**SUPPORT FOR MOTION TO DISMISS** " *by* "hand-delivered by private carrier-service on "State of New York Supreme Court Ulster County" sent by post-office-first class-mail AND OR CERTIFIED MAIL

3

*to the following:*

4

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

5

6

7

8

9

_____

10

Sara M. Ulloa

11    State of New York}

12                                ss

13    County of Kings    }

14    On the 25th day of March in the year 2010  before me, the undersigned, a Notary Public in
and for said State, personally appeared Sara Maria Ulloa, personally known to me or proved to

15    me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are)
subscribed to the within Instrument and acknowledged to me that he/she/they executed the same

16    in his/her/their capacity(ies), and that by his/her/their signatures(s) on the Instrument, the
individual(s), or the person upon behalf of which the individual(s) acted, executed the

17    instrument.

18

19

20    Signature _____ (seal)

21

22    DIANA VIENTOS
NOTARY PUBLIC STATE OF NEW YORK
NO. 01VI4748586

23    QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 31, 2014

24    **NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO**

25    **THE PRINCIPAL IS NOTICE TO THE AGENT**

26

27

28

AFFIDAVIT OF TRUTH Page 4