1   Sara M. Ulloa
2   c/o 1121 Ovington Avenue
    Brooklyn, New York republic
3

4
        # UNITED STATES DISTRICT COURT FOR THE
5
        # NORTHERN DISTRICT OF NEW YORK
6

7                                              )   CASE # 1:10-CV-00467
8   COUNTY OF ULSTER, NEW YORK   )   TJM/DRH        U.S. DISTRICT COURT
    THE TOWN OF LLOYD, NEW YORK,)                         N.D. OF N.Y.
9   TOWN OF ROSENDALE,NEW YORK, )                            FILED
    TOWN OF ULSTER, NEW YORK    )
10  DARRELL DAY, EUGENE J. RIZZO, )              MAY 2 8 2010
    DANIEL M. MARTUSCELLO,       )
11  HEATHER BLUME, ANTHONY       )   LAWRENCE K. BAERMAN, CLERK
    KALIMERAS, KATHLEEN BURNS    )              ALBANY
12  JEFF COHEN, DAVID M. ACKERT, )
13  AMY SHUMAN, ROBERT VOSPER,   )
    JOSHUA CALIENDO, BEATRICE     )
14  HAVRANEK, EILEEN B. KATASKY  )
    NINA POSUPACK, NEREIDA VEYTIA)   NOTICE OF MOTION
15                                              )
16              Plaintiffs,         )
                                    )
17          -against-               )
                                    )
18                                  )
                                    )
19  RICHARD ENRIQUE ULLOA, SARA )
    ULLOA, JEFFREY-CHARLES        )
20  BURFEINDT, ED-GEORGE          )
    PARENTEAU, RAYMOND            )
21  TOMKINS, KATERINE A. CAIRO   )
    DAVIS, KATHY STEINHILBER,     )
22                                  )
                                    )
23              Defendants         )
                                    )
24  ─────────────────────────────)

25              **NOTICE OF MOTION**

26  ────────────────────────────────────────────────

27

28
                        NOTICE OF MOTION Page 1

1
2
3
4

Comes now Sara Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

5

6
7
8
9

PLEASE TAKE NOTICE, that upon the attached MOTION TO DISMISS, demands that I be removed from this action, the undersigned moves this administrative court of the United States District Court Northern District of New York located in Albany, New York, for Plaintiff to be heard, for a Motion to Dismiss.

10
11

All replies are due seven (7) days from the receipt of response, per court order.

12
13

I pray to the almighty Father and not to this court that justice by done.

14

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Sara M. Ulloa,

Date: May 25, 2010

**Proof and Evidence of Service**

1

    *I,* Sara Maria Ulloa: *declare that I served by filing one copy of the "NOTICE OF MOTION" by "*hand-

2

delivered by private carrier-service on "State of New York Supreme Court Ulster County" sent by post-
office-first class-mail AND OR CERTIFIED MAIL *to the following:*

3

4

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

5

6

7

8

9

                                                    Sara M. Ulloa

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO

24

## THE PRINCIPAL IS NOTICE TO THE AGENT

25

26

27

28