WALTER R. BYER, 68 BROADWAY PO BOX 1937, KINGSTON, NY 12402
TEL (845) 340-0823 - FAX (845) 340-0185

UNITED STATES DISTRICT COURT
**NORTHERN     DISTRICT OF NEW YORK**                     Case No.: **1:10-CV-0467 (TJM/DRH)**
-----------------------------------------------------------------------------
**COUNTY OF ULSTER, NEW YORK, et al.,**

                                                                                            Plaintiff/Petitioner,

               against

**RICHARD ENRIQUE ULLOA, et al.,**

                                                                                          Defendant/Respondent
-----------------------------------------------------------------------------
State of New York, County of **Ulster**                      ss.:
**LINDA R. BYER**                , being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of 18 years and resides at **Ulster County, NY**
That on **May 31**              , 2010, at **9:23 AM**    at **22 Ridge Mountain Road, Stone Ridge, New York**          , deponent served the within **Summons, Complaint & Civil Case Management Plan**
on **RICHARD ENRIQUE ULLOA,**                       defendant/respondent therein named,
(**X**) by delivering a true copy of same to said defendant/respondent personally. Deponent knew the person so served to be the person described as said defendant/respondent therein.
( ) a                                                 , by delivering thereat a true copy of same to                                         personally.  Deponent knew said company so served to be the company described in said documents as said defendant and knew said individual to be                                    thereof authorized to accept said service.
( ) by delivering thereat a true copy of same to                                          ,
a person of suitable age and discretion.  Said premises is defendant's/respondent's                                                 within the state.
( ) by affixing a true copy of same to the door of said premises, which is defendant's/respondent's                                          within the state. Deponent was unable with due diligence to find defendant/respondent or a person of suitable age and discretion thereat, having called there on


( ) Deponent also enclosed a copy of same in a postpaid sealed envelope properly addressed to defendant/respondent at defendant's/respondent's
              at
and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within N.Y. State on          .
( ) Said envelope was a plain envelope marked personal and confidential.
Deponent describes the individual served as follows:
Sex: **Male**   Skin: **White**   Hair: **Black/Grey**   Height: **6'0"**
Weight: **220-240**          Age: **51**            Other:

(**X**) I asked the person spoken to whether defendant/respondent was in active military service of any kind whatsoever and received a negative reply.
**The person spoken to was the defendant himself.**

Sworn to before me on **06/02/10**

                                                                               LINDA R. BYER

KATHLEEN MURPHY
Notary Public, State of New York
Qualified In Ulster County
Commission Expires January 31, 20__