**WALTER R. BYER, 68 BROADWAY PO BOX 1937, KINGSTON, NY 12402**
**TEL (845) 340-0823 - FAX (845) 340-0185**

UNITED STATES DISTRICT COURT
**NORTHERN** DISTRICT OF **NEW YORK**                     Case No.: **1:10-CV-0467 (TJM/DRH)**
---------------------------------------------------------------------
**COUNTY OF ULSTER, NEW YORK, et al.,**

                                                           Plaintiff/Petitioner,
            against

**RICHARD ENRIQUE ULLOA, et al.,**

                                                           Defendant/Respondent
---------------------------------------------------------------------
State of New York, County of **Ulster**             ss.:
**LINDA R. BYER**              , being duly sworn, deposes and says: that de-
ponent is not a party to this action, is over the age of 18 years and resides
at **Ulster County, NY**
That on **May 15**        , 2010, at **12:14 PM**   at **688 Sawkill Road, Kingston, New York**                , deponent served the within **Summons, Complaint & Civil Case Management Plan**
on **KATHY STEINHILBER**                          defendant/respondent therein named,
(**X**) by delivering a true copy of same to said defendant/respondent personally.
Deponent knew the person so served to be the person described as said
defendant/respondent therein.
( ) a                              , by delivering thereat a true
copy of same to                       personally. Deponent knew
said company so served to be the company described in said documents as said
defendant and knew said individual to be                       thereof
authorized to accept said service.
( ) by delivering thereat a true copy of same to                        ,
a person of suitable age and discretion. Said premises is defendant's/
respondent's                                      within the state.
( ) by affixing a true copy of same to the door of said premises, which is de-
fendant's/respondent's                         within the state. Deponent was
unable with due diligence to find defendant/respondent or a person of suitable
age and discretion thereat, having called there on


( ) Deponent also enclosed a copy of same in a postpaid sealed envelope properly
addressed to defendant/respondent at defendant's/respondent's
             at
and deposited said envelope in an official depository under the exclusive care
and custody of the United States Postal Service within N.Y. State on             .
( ) Said envelope was a plain envelope marked personal and confidential.
Deponent describes the individual served as follows:
Sex: **Female** Skin: **White**  Hair: **Brown**       Height: **5'3"**
Weight: **145-153**         Age: **52**         Other: **Glasses**

(**X**) I asked the person spoken to whether defendant/respondent was in active
military service of any kind whatsoever and received a negative reply.
**The person spoken to was the defendant herself.**

Sworn to before me on **05/17/10**

_Joseph L. Canino_                                    _Linda R. Byer_
                                                      **LINDA R. BYER**

**JOSEPH L. CANINO**
**Notary Public, State of New York**
**Qualified in Ulster County**
**Commission Expires July 31, 20_10_**