Richard-Enrique; Ulloa
c/o postal department 771
Stone Ridge, New York republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 2 1 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

COUNTY OF ULSTER, NEW YORK
THE TOWN OF LLOYD, NEW YORK,
TOWN OF ROSENDALE, NEW YORK,
TOWN OF ULSTER, NEW YORK
DARRELL DAY, EUGENE J. RIZZO,
DANIEL M. MARTUSCELLO,
HEATHER BLUME, ANTHONY
KALIMERAS, KATHLEEN BURNS
JEFF COHEN, DAVID M. ACKERT,
AMY SHUMAN, ROBERT VOSPER,
JOSHUA CALIENDO, BEATRICE
HAVRANEK, EILEEN B. KATASKY
NINA POSUPACK, NEREIDA VEYTIA

Plaintiffs,

-against-

RICHARD ENRIQUE ULLOA, SARA
ULLOA, JEFFREY-CHARLES
BURFEINDT, ED-GEORGE
PARENTEAU, RAYMOND
TOMKINS, KATHERINE A. CAIRO
DAVIS, KATHY STEINHILBER,

Defendants

CASE # 1:10-CV-00467
TJM/DRH

NOTICE OF MOTION
TO DISMISS

**NOTICE OF MOTION TO DISMISS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Comes now Richard-Enrique; Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

PLEASE TAKE NOTICE, that upon the attached MOTION TO DISMISS, demands that this complaint be dismissed on the basis of personal jurisdiction and lack of standing, the undersigned moves this administrative court of the United States District Court Northern District of New York located in Albany, New York, for Defendant to be heard, for a Motion to Dismiss.

All replies are due seven (7) days from the receipt of this Motion, per court order.

I pray to the Almighty Father and not to this court that justice be done.

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

*(signature)*

Richard-Enrique; Ulloa

Date: June 18, 2010

**Proof and Evidence of Service**

I, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "NOTICE OF MOTION" by "hand-delivered by private carrier-service on "USDC of Northern New York" sent by post-office-first class-mail AND OR CERTIFIED MAIL to the following:*

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa
June 18, 2010

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT