U.S. DISTRICT COURT
**N.D. OF N.Y.**
**FILED**

JUN 2 1 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Richard-Enrique; Ulloa
c/o postal department 771
Stone Ridge, New York republic

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

COUNTY OF ULSTER, NEW YORK )
THE TOWN OF LLOYD, NEW YORK, )
TOWN OF ROSENDALE,NEW YORK, )
TOWN OF ULSTER, NEW YORK )
DARRELL DAY, EUGENE J. RIZZO, )
DANIEL M. MARTUSCELLO, )
HEATHER BLUME, ANTHONY )
KALIMERAS, KATHLEEN BURNS )
JEFF COHEN, DAVID M. ACKERT, )
AMY SHUMAN, ROBERT VOSPER, )
JOSHUA CALIENDO, BEATRICE )
HAVRANEK, EILEEN B. KATASKY )
NINA POSUPACK, NEREIDA VEYTIA)
                                )
        Plaintiffs,             )
                                )
        -against-               )
                                )
                                )
RICHARD ENRIQUE ULLOA, SARA )
ULLOA, JEFFREY-CHARLES )
BURFEINDT, ED-GEORGE )
PARENTEAU, RAYMOND )
TOMKINS, KATHERINE A. CAIRO )
DAVIS, KATHY STEINHILBER, )
                                )
                                )
        Defendants              )
_____)

CASE # 1:10-CV-00467
TJM/DRH

AFFIDAVIT OF TRUTH IN
SUPPORT OF
MOTION TO DISMISS

# AFFIDAVIT OF TRUTH IN SUPPORT OF MOTION TO DISMISS

1

2

3   Comes now Richard-Enrique Ulloa, Secured Party-Creditor, by special visitation and

4   not appearing generally, before this court seeking a remedy in Admiralty as is provided

    by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited

5   commercial liability as a Secured Party-Creditor and request that the officers of this court

6   do the same. I respectfully request the indulgence of this court as I am not schooled in

7   law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

8

9
    _____

10  Richard-Enrique Ulloa, a Secured Party creditor, and reserving his rights "without

    prejudice" under the New York state Uniform Commercial Code 1-207, and Articles 1 to

11  13, hereby affirms;

12  I represent the Trust for RICHARD ENRIQUE ULLOA, that Trust is over the age of

13  18, and affirms under penalty of perjury, that;

14  I submit this Affidavit of Truth for and into the record that all documents submitted

15  in support of the Motion to Dismiss, Notice of Motion, and Memorandum of Law in

16  Support of the Motion to Dismiss are true and that I have firsthand knowledge of all the

17  facts in all these documents, and that all EXHIBITS attached are true copies made by my

18  hand and certified to be true copies of documents in my possession.

19
    COUNTY OF ULSTER is a foreign, private, for-profit-corporate enterprise-corporation
20
    as described in Exhibit A of this affidavit; I have firsthand knowledge that this is a fact.
21  The COUNTY OF ULSTER does not meet the criteria of the de-jure government of the

22  New-York-republic, and does not enjoy the privileges of a sovereign state government.

23
    THE TOWN OF LLOYD is a foreign, private, for-profit-corporate enterprise-corporation
24
    as described in Exhibit B of this affidavit; I have firsthand knowledge that this is a fact.
25  THE TOWN OF LLOYD does not meet the criteria of the de-jure government of the

26  New-York-republic, and does not enjoy the privileges of a sovereign state government.

27

28

1
2
3
4
5

The TOWN OF ROSENDALE is a foreign, private, for-profit-corporate enterprise-corporation as described in Exhibit C of this affidavit; I have firsthand knowledge that this is a fact.

The TOWN OF ROSENDALE does not meet the criteria of the de-jure government of the New-York-republic, and does not enjoy the privileges of a sovereign state government.

6
7
8
9

The TOWN OF ULSTER is a private, for-profit-corporate enterprise-corporation as described in Exhibit D of this affidavit; I have firsthand knowledge that this is a fact.

The TOWN OF ULSTER does not meet the criteria of the de-jure government of the New-York-republic, and does not enjoy the privileges of a sovereign state government.

10
11
12

The UNIFIED COURT SYSTEM is a private, for-profit-corporate enterprise-corporation as described in Exhibit E of this affidavit; I have firsthand knowledge that this is a fact.

13
14
15

I have personally searched the records of the COUNTY OF ULSTER and have found no information authorizing the plaintiff's attorney to file suit against me.

16
17
18

I have personally searched the records of the TOWN OF LLOYD and have found no information authorizing the plaintiff's attorney to file suit against me.

19
20
21

I have personally searched the records of the TOWN OF ROSENDALE and have found no information authorizing the plaintiff's to file suit against me.

22
23

I have personally searched the records of the TOWN OF ULSTER and have found no information authorizing the plaintiff's attorney to file suit against me.

24
25
26
27

I have personally search the records of the TOWN OF LLOYD and found no information or proof that the Plaintiff DARRELL DAY has been delegated the authority in his professional capacity as a security guard in the TOWN OF LLOYD, by the TOWN OF LLOYD or its Officers to file suit against me.

28

1

2   I have personally search the records of the TOWN OF LLOYD and found no information
    or proof that the Plaintiff EUGENE J. RIZZO has been delegated the authority in his
3   professional capacity as a corporate officer [JUDGE] in the TOWN OF LLOYD, by the
4   TOWN OF LLOYD or its Officers to file suit against me.

5

6   I have personally search the records of the TOWN OF LLOYD and found no information
7   or proof that the Plaintiff DANIEL M. MARTUSELLO has been delegated the authority
    in his professional capacity as an assistant in the COUNTY OF ULSTER, by the district
8   attorney, or the COUNTY OF ULSTER, or the CEO of the COUNTY OF ULSTER or its
9   Officers to file suit against me.

10

11  I have personally search the records of the TOWN OF LLOYD and found no information
12  or proof that the Plaintiff HEATHER BLUME has been delegated the authority in her
    professional capacity as a clerk in the TOWN OF LLOYD, by the TOWN OF LLOYD or
13  its Officers to file suit against me.
14

15  I have personally search the records of the TOWN OF LLOYD and found no information
16  or proof that the Plaintiff ANTHONY KALIMERAS has been delegated the authority in
17  his professional capacity as a security guard in the TOWN OF LLOYD, by the TOWN
18  OF LLOYD or its Officers to file suit against me.

19

20  I have personally search the records of the TOWN OF LLOYD and found no information
    or proof that the Plaintiff KATHLEEN BURNS has been delegated the authority in her
21  professional capacity as a security guard in the TOWN OF LLOYD, by the TOWN OF
22  LLOYD or its Officers to file suit against me.

23

24  I have personally search the records of the TOWN OF LLOYD and found no information
25  or proof that the Plaintiff JEFF COHEN has been delegated the authority in his
    professional capacity as a security guard in the TOWN OF LLOYD, by the TOWN OF
26  LLOYD or its Officers to file suit against me.

27

28

1
2
3
4

I have personally search the records of the TOWN OF LLOYD and found no information or proof that the Plaintiff DAVID M. ACKERT has been delegated the authority in his professional capacity as a chief security guard in the TOWN OF LLOYD, by the TOWN OF LLOYD or its Officers to file suit against me.

5
6
7
8

I have personally search the records of the TOWN OF LLOYD and found no information or proof that the Plaintiff AMY SHUMAN has been delegated the authority in her professional capacity as a clerk in the TOWN OF LLOYD, by the TOWN OF LLOYD or its Officers to file suit against me.

9
10
11
12

I have personally search the records of the TOWN OF ROSENDALE and found no information or proof that the Plaintiff ROBERT VOSPER has been delegated the authority in his professional capacity as a corporate officer in the TOWN OF ROSENDALE, by the TOWN OF ROSENDALE or its Officers to file suit against me.

13
14
15
16

I have personally search the records of the TOWN OF LLOYD and found no information or proof that the Plaintiff JOSHUA CALIENDO has been delegated the authority in his professional capacity as a security guard in the TOWN OF LLOYD, by the TOWN OF LLOYD or its Officers to file suit against me.

17
18
19
20
21

I have personally search the records of the COUNTY OF ULSTER and found no information or proof that the Plaintiff BEATRICE HAVRANEK has been delegated the authority in her professional capacity as a security guard in the COUNTY OF ULSTER, by the COUNTY OF ULSTER, its CEO, or its Officers to file suit against me.

22
23
24
25

I have personally search the records of the COUNTY OF ULSTER and found no information or proof that the Plaintiff EILEEN B. KATATSKY has been delegated the authority in her ex-professional capacity as an employee (ex-employee) of the COUNTY OF ULSTER, by the COUNTY OF ULSTER or its Officers to file suit against me.

26
27
28

I have personally search the records of the COUNTY OF ULSTER and found no information or proof that the Plaintiff NINA POSTUPACK has been delegated the

1   authority in her professional capacity as a security guard in the COUNTY OF ULSTER,

2   by the COUNTY OF ULSTER or its Officers to file suit against me.

3   I have personally search the records of the COUNTY OF ULSTER and found no

4   information or proof that the Plaintiff NEREIDA VEYTIA has been delegated the

5   authority in her professional capacity as an employee in the COUNTY OF ULSTER, by

6   the COUNTY OF ULSTER or its Officers to file suit against me.

7   I have no knowledge of any affidavit's that have been filed that bring forth an injured

    party and the plaintiff's and plaintiff's attorney has no standing.

8

9   I pray to the Almighty Father and not to this court that justice be done.

10

11   **ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

12                                                                    _____

13                                                                    Richard-Enrique; Ulloa

14                                                                    Date: June 18, 2010

15   State of New York }

16                          ss

17   county of Ulster   }

18   On the 18th day of June in the year 2010 before me, the undersigned, a Notary Public in and
     for said State, personally appeared Richard-Enrique; Ulloa, personally known to me or proved to

19   me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed
     to the within Instrument and acknowledged to me that he/she/they executed the same in

20   his/her/their capacity(ies), and that by his/her/their signatures(s) on the Instrument, the
     individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

21

22   Signature  _Judith S. Mayhon_  (seal)

23

24   **LEGAL NOTICE**              JUDITH S. MAYHON
                                   NOTARY PUBLIC, STATE OF NEW YORK
25                                 NO. 01MA6096585
                                   QUALIFIED IN ULSTER COUNTY
                                   COMMISSION EXPIRES JULY 14, 20__11

26   The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a
     Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an*

27   *informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security
     Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.

28

1

2

Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Proof and Evidence of Service**

2

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "AFFIDAVIT OF TRUTH IN SUPPORT OF MOTION TO DISMISS" by* "hand-delivered by private carrier-service on "USDC of

3

Northern New York" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

4

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

5

6

7

8

9

10

Richard-Enrique; Ulloa
June 18, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO**

25

**THE PRINCIPAL IS NOTICE TO THE AGENT**

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

# County Of Ulster (Court Branch)

285 Wall St
Kingston, NY 12401-3817 United States (Map)

Phone: 845-340-3370

### COMPANY RECORD TOOLS

- Print This Page
- E-mail Link to This Page

## LINE OF BUSINESS
## COURT

### KEY INFORMATION

| | |
|---|---|
| **D-U-N-S Number** | **143152622**<br>Buy a D&B credit report |
| **Doing Business As** | **"Ulster County Supreme Court"** |
| **Company Type** | **Branch** |

### KEY NUMBERS

| | |
|---|---|
| **Employees At This Location** | 58 |

### KEY PERSON

| | | | |
|---|---|---|---|
| **Administrator** | Nina Postupak | Network | E-mail |

### PEOPLE PROFILES PROVIDED BY COUNTY OF ULSTER EMPLOYEES

There are currently no people listed with this company. Be the first: **Add yourself to this company record**

### INDUSTRY INFORMATION
### First Research Industry Profiles

**Hoover's Industries**

- Government **(primary)**

**Primary SIC Code**   9211: Courts   **Primary NAICS Code**

- 922110: Courts

http://premium.hoovers.com/subscribe/basic/factsheet.xhtml?ID=rcyrhtjtt

Products for:   UNIFIED COURT SYSTEM OF NY STATE Single Location > 244
FAIR ST city=KINGSTON, NY
https://smallbusiness.dnb.com/webapp/wcs/stores/servlet/ProductSelection?dunsNumber
=3&busName=UNIFIED%20COURT%20SYSTEM%20OF%20NY%20STATE&storeI
d=10001&catalogId=70001&productId=0&address=244%20FAIR%20STcity=KINGST
ON&state=NY&zip=124013806&country=US

# New York State Unified Court System

Office of Court Administration
25 Beaver St.
New York, NY 10004 United States (Map)

Phone: 800-268-7869
Toll Free: 800-268-7869
http://www.courts.state.ny.us
Covered by Patrice Sarath

**COMPANY RECORD TOOLS**

- Download Company Data
- Build Custom Report
- Find Similar Companies
- View Quick Report
- Watch This Company
- Print This Page
- E-mail Link to This Page

## KEY INFORMATION

| | |
|---|---|
| **D-U-N-S Number** | 360708531<br>Buy a D&B credit report. |
| **Doing Business As** | "Appellate Supreme Court"<br>"County Courts"<br>"Limited Jurisdiction Courts"<br>"Supreme Court" |
| **Company Type** | Private - Government Agency<br>Headquarters<br>Subsidiary |
| **Ultimate Parent** | State Of New York |
| **Ultimate Parent D-U-N-S** | 041002973 |
| **Year Of Founding or Change In Control** | 1788 |
| **Family Tree** | |

## KEY NUMBERS

| | |
|---|---|
| **Total Employees** | 13,100 |
| **Employees At This Location** | 75 |

## KEY PEOPLE

**9 People** ⓘ

Listed for New York Court System

**220 People** ⓘ

Listed for New York Court System, its subsidiaries and all of their subsidiaries.

| | | |
|---|---|---|
| **Chief Judge** | Judith S. Kaye | Network \| E-mail |
| **COO** | Ronald Younkins | Network \| E-mail |
| **Chief Administrative Judge** | Ann T. Pfau | Network \| E-mail |
| **Deputy Chief Administrative Judge for Justice Initiatives** | Juanita Bing-Newton | Network \| E-mail |
| **Deputy Chief Administrative Judge for the New York City Courts** | Joan B. Carey | Network \| E-mail |

More People

## PEOPLE PROFILES PROVIDED BY NEW YORK COURT SYSTEM EMPLOYEES

There are currently no people listed with this company. Be the first: **Add yourself to this company record**

## INDUSTRY INFORMATION

**First Research Industry Profiles**

### Hoover's Industries

- Government
  - US State/Regional **(primary)**

### Primary SIC Code

- 9222: Legal counsel and prosecution

### Primary NAICS Code

- 92211: Courts

More Industry Information

http://premium.hoovers.com/subscribe/co/people.xhtml?ID=fffrhtccfyjfkfxhyr

# New York Department Of State (Court Branch)

162 Washington Ave
Albany, NY 12210-2304 United States (Map)

Phone: 518-474-4763

**COMPANY RECORD TOOLS**

- Print This Page
- E-mail Link to This Page

**LINE OF BUSINESS**
COURT

**KEY INFORMATION**

| | |
|---|---|
| D-U-N-S Number | 361859937 |
| | Buy a D&B credit report. |
| Doing Business As | "Dept Of Uniform Services" |
| | "Secretary State/Ucc Division" |
| Company Type | Branch |

**KEY NUMBERS**

| | |
|---|---|
| Employees At This Location | 80 |

**KEY PERSON**

| | | |
|---|---|---|
| Branch Manager | Howard Carr | Network \| E-mail |

**PEOPLE PROFILES PROVIDED BY NEW YORK DEPARTMENT OF STATE EMPLOYEES**
There are currently no people listed with this company. Be the first: **Add yourself to this company record**

**INDUSTRY INFORMATION**
**First Research Industry Profiles**

**Hoover's Industries**

- Government **(primary)**

**Primary SIC Code**

- 9211: Courts

**Primary NAICS Code**

- 922110: Courts

| TITLE | INFO | COMPANY | CONTACT |
|---|---|---|---|
| Deputy Chief Administrative Judge for Justice Initiatives | Juanita Bing-Newton | New York State Unified Court System | Network \| E-mail |
| Deputy Chief Administrative Judge for the New York City Courts | Joan B. Carey | New York State Unified Court System | Network \| E-mail |
| Deputy Chief Administrative Judge for Court Operations and Planning | Judy Harris-Kluger | New York State Unified Court System | Network \| E-mail |
| Chief Judge | Judith S. Kaye | New York State Unified Court System | Network \| E-mail |
| Administrative Director of the Office of Court Administration | Lawrence K. Marks | New York State Unified Court System | Network \| E-mail |
| Chief Administrative Judge | Ann T. Pfau | New York State Unified Court System | Network \| E-mail |
| Deputy Chief Administrative Judge for the Courts Outside New York City | Jan H. Plumadore | New York State Unified Court System | Network \| E-mail |
| Deputy Chief Administrative Judge for Matrimonnial Matters | Jacqueline Winter Silbermann | New York State Unified Court System | Network \| E-mail |
| COO | Ronald Younkins | New York State Unified Court System | Network \| E-mail |

Results per page: 25 | 50 | 100Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**<u>EXHIBIT B</u>**

28

Dow Jones Company Report

## Town Of Lloyd



# Table of Contents

Custom Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

General Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Key Facts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Officers and Executives. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
   Management Team and Key Personnel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
   Executive Biographies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
     Mr Robert  Shepard , Principal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
     Mr Raymond  Costantino , Board Of Directors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
     Ms Wendy  Rosinski , Board Of Directors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Industry Classification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Latest News. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Performance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Bankruptcy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Management Moves. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Contracts/Orders. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

New Products/Services. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Legal/Judicial. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Ownership Changes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Press Releases. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Trade Articles. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Capacities/Facilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Earnings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**Custom Report**

**Business Summary**
Officers and Executives
Industry Classification

**News**
Latest News
Performance
Bankruptcy
Management Moves
Contracts/Orders
New Products/Services
Legal/Judicial
Ownership Changes
Press Releases
Trade Articles
Capacities/Facilities
Earnings

Town Of Lloyd

Legislative Body

Selected Legal Status Categories: Corporation

12 Church St
Highland, NY 12528-1402
USA

Phone: 1-845-6912144
Fax: 1-845-6912732

Ownership Type: Unlisted
DUNS Number: 085753143

Location Type: Headquarters
This company has 3 family members

Fiscal Year-End Date: 25-Oct-2008

**Key Facts**

**Key Executives**

Principal: Robert Shepard
Board Of Directors: Raymond Costantino
Board Of Directors: Wendy Rosinski

**Key Financials**

| Currency: | As reported |
|---|---|
| Sales: | N/A |
| Sales Growth: | N/A |
| Employees: | 90 |
| Employees Growth (3 year): | 4.00% |
| Employee Indicator: | Actual |
| Fiscal Year-End Date: | 25-Oct-2008 |

**Officers and Executives**

**Management Team and Key Personnel**

| Name | Job Title |
|---|---|
| **Mr Robert  Shepard** | Principal |
| **Mr Raymond  Costantino** | Board Of Directors |

DOWJONES

**Ms Wendy  Rosinski**                                    Board Of Directors

**Industry Classification**

**Primary Industry Classification**

| SIC | 9121 | Legislative Bodies |
|-----|------|--------------------|
| NAICS | 921120 | Legislative Bodies |

**Latest News**

1.   **ULSTER COUNTY EXECUTIVE HEIN ANNOUNCES ULSTER COUNTY TO GET $20.7 MILLION IN STIMULUS FUNDS FOR TRANSPORTATION INITIATIVES**
     US Fed News, 07-Mar-2009, 704 words, (English)
     ...* New Paltz Road Conrail Bridge Rehabilitation, Town of Lloyd , $2.600 million;...

2.   **Reese Preserve offers fantastic river, bridge views**
     Poughkeepsie Journal, 12-Feb-2009, 620 words, (English)
     ...or white plastic SH disks, but some are marked with surveyor's tape. Our enthusiastic group picked up the tape on  Town of Lloyd property and followed a carriage road up to yellow SH disks, where we began a steady ascent. We eventually turned left...

3.   **Bergmann Associates thriving in hard times**
     Democrat & Chronicle, 10-Feb-2009, 616 words, (English)
     ...footbridge over the Hudson River that rises 240 feet above the water and connects the city of Poughkeepsie with the  town of Lloyd , will be the centerpiece of the Fulton Champlain Quadricentennial Celebration, which commemorates the 400th anniversary...

4.   **TOWN OF LLOYD  RECEIVES FINAL PAYMENT FOR COMPLETION OF ULSTER COUNTY SHOVEL READY PROJECT**
     US Fed News, 04-Feb-2009, 471 words, (English)
     ...County shovel ready project, expansion of municipal water service, has been made, and the business community in the  Town of Lloyd  is already responding with expansion and job creation plans....

5.   **Lloyd park helps build network**
     Poughkeepsie Journal, 03-Jan-2009, 330 words, (English)
     ...The  Town of Lloyd  continues to move ahead with waterfront restoration at the Bob Shepard Highland Landing Park, bolstered by recent state grants as well as $100,000 in volunteer work....

**Performance**

No results.

**Bankruptcy**

No results.

**Management Moves**

No results.

**Contracts/Orders**

No results.

DOWJONES

**New Products/Services**

No results.

**Legal/Judicial**

1.  **Decision of Interest; Suffolk County Supreme Court; Justice Jeffrey Arlen Spinner; DOI; Town's Findings Annulled as Arbitrary; Developer...**
    New York Law Journal, 17-Jun-2008, 16428 words, (English)
    ...objections by community members uncorroborated by empirical data (see: Weok Broadcasting Corp v. Planning Board, Town of Lloyd , 79 NY2d 373). The 2002 Decision As Affirmed concluded that Respondent failed to articulate any real grounds for denial...

**Ownership Changes**

1.  **HR4461: Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001Agriculture, Rural...**
    CRS (Congressional Research Service) Bill Digest, 30-Oct-2008, 3488 words, (English)
    ...(Sec. 737) Makes the Town of Lloyd , New York, and the Town of Thompson, New York, eligible for loans and grants through the rural community advancement program....

2.  **HR4461: Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001Agriculture, Rural...**
    CRS (Congressional Research Service) Bill Digest, 29-Sep-2008, 3489 words, (English)
    ...(Sec. 737) Makes the Town of Lloyd , New York, and the Town of Thompson, New York, eligible for loans and grants through the rural community advancement program....

3.  **HR4461: Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001Agriculture, Rural...**
    CRS (Congressional Research Service) Bill Digest, 29-Aug-2008, 3495 words. (English)
    ...(Sec. 737) Makes the Town of Lloyd , New York, and the Town of Thompson, New York, eligible for loans and grants through the rural community advancement program....

4.  **HR4461: Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001Agriculture, Rural...**
    CRS (Congressional Research Service) Bill Digest, 18-Aug-2008, 3498 words, (English)
    ...(Sec. 737) Makes the Town of Lloyd , New York, and the Town of Thompson, New York, eligible for loans and grants through the rural community advancement program....

5.  **HR4461: Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001Agriculture, Rural...**
    CRS (Congressional Research Service) Bill Digest, 27-Jun-2008, 3503 words, (English)
    ...(Sec. 737) Makes the Town of Lloyd , New York, and the Town of Thompson, New York, eligible for loans and grants through the rural community advancement program....

**Press Releases**

No results.

**Trade Articles**

No results.

**Capacities/Facilities**

No results.

**Earnings**

No results.

DOWJONES



**HOOVERS™**

A D&B COMPANY

# The Fastest Path to Business

COMPANIES ■ INDUSTRIES ■ PEOPLE



## Town Of Lloyd Profile

12 Church St
Highland, NY 12528-1402 United States (Map)

Phone: 845-691-2144



# Table of Contents

**THE BASICS** ............................................................. 1

    **Key Information** ........................................... 1
    **Key Numbers** ............................................. 1

**OTHER RESOURCES AVAILABLE ON HOOVERS ONLINE** ............... 2

## WELCOME

Hoover's is the business information resource that delivers a unique combination of up-to-date data, broad coverage, and comprehensive information about companies, decision makers, and industries - along with powerful tools to put this information to work for your business. Hoover's offers everything you need to successfully:

* Identify and evaluate potential sales leads, markets, and business partners

* Deepen relationships with current customers

* Assess competitive risks and eliminate threats

* Build presentation-ready reports and customized lists of companies, industries, and decision makers

Unlike other business information providers, only Hoover's has a full-time, in-house editorial and research team dedicated wholly to investigating, pinpointing, authenticating, and analyzing data to provide the most comprehensive, up-to-date information available on companies, industries, and executives.



# The Basics

12 Church St
Highland, NY 12528-1402 United States (Map)

Phone: 845-691-2144

## KEY INFORMATION

DUNS Number
Doing Business As
Company Type
Location Type
Year of Founding or Change In Control

085753143
Supervisors Office
Private
Headquarters
1894

## KEY NUMBERS

Fiscal Year-End
Total Employees
Employees At This Location

December
80
15

## KEY PEOPLE

Heather Blume
Raymonnd Costintino
Martin Neuman
Nancy E Hammond
Wendy Rosinski

Clerk
General Manager
Secretary
Board of Directors
Board of Directors



# Other Resources Available on Hoovers Online

Map of Headquarters
Industry Watch
News and Press Releases for (last 90 days)
Financial Data Definitions
Market Data Definitions
Comparison Data Definitions
Historical Financials & Employees Defnitions

**The Rich Register**

Featuring information on 4,700 individuals with a net worth greater than $25 million, The Rich Register is available in both hardcover and CD-ROM format.

Learn More

**Build Lead Lists**

 Use Hoover's Lead Finder to create prospect and contact lists.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**



**A D&B COMPANY**

# The Fastest Path to Business

COMPANIES ■ INDUSTRIES ■ PEOPLE



# Rosendale, Town Of Inc Profile

424 Main St
Rosendale, NY 12472 United States (Map)

Phone: 845-658-3159
www.townofrosendale.com





# Table of Contents

**THE BASICS** .............................................................................. 1

    **Key Information** ................................................................ 1

    **Key Numbers** ................................................................... 1

**OFFICERS AND EMPLOYEES** ........................................... 2

    **Corporate Officers** ....................................................... 2

    **Board** ............................................................................... 2

**COMPANY FINANCIALS** ..................................................... 3

    **Financial Overview** ....................................................... 3

**OTHER RESOURCES AVAILABLE ON HOOVERS ONLINE** ............... 4

**WELCOME**

Hoover's is the business information resource that delivers a unique combination of up-to-date data, broad coverage, and comprehensive information about companies, decision makers, and industries - along with powerful tools to put this information to work for your business. Hoover's offers everything you need to successfully:

*   Identify and evaluate potential sales leads, markets, and business partners

*   Deepen relationships with current customers

*   Assess competitive risks and eliminate threats

*   Build presentation-ready reports and customized lists of companies, industries, and decision makers

Unlike other business information providers, only Hoover's has a full-time, in-house editorial and research team dedicated wholly to investigating, pinpointing, authenticating, and analyzing data to provide the most comprehensive, up-to-date information available on companies, industries, and executives.

# The Basics

424 Main St
Rosendale, NY 12472 United States (Map)

Phone: 845-658-3159
www.townofrosendale.com

## KEY INFORMATION

| | |
|---|---|
| DUNS Number | 012289260 |
| Doing Business As | Town Clerks Office |
| Company Type | Private |
| Location Type | Headquarters |
| Year of Founding or Change In Control | 1978 |

## KEY NUMBERS

| | |
|---|---|
| Fiscal Year-End | December |
| Total Employees | 60 |

## KEY PEOPLE

| | |
|---|---|
| Jeannie Fleming-Laik | Supervisor |
| Heidi Jewett | Director |
| Kathleen Wade | Director |
| Andrew Buboltz | Board of Directors |
| Ken Cluen | Board of Directors |



# Officers and Employees

## CORPORATE OFFICERS

| Title | Name | Age | Salary | Bonus |
|---|---|---|---|---|
| Supervisor | Ms Jeannie Fleming-Laik | - | | |
| Director | Ms Heidi Jewett | - | | |
| Director | Ms Kathleen Wade | - | | |
| Board of Directors | Mr Andrew Buboltz | - | | |
| Board of Directors | Mr Ken Cluen | - | | |
| Board of Directors | Ms Lisa Dockery | - | | |
| Board of Directors | Leland Eaton | - | | |
| Board of Directors | Mr Brian Farmer | - | | |
| Board of Directors | Ms Doris Fleming | - | | |
| Board of Directors | Mr Robert Gallagher | - | | |
| Board of Directors | Ms Jo Greene | - | | |
| Board of Directors | Ms Trudy Harper | - | | |
| Board of Directors | Ms Heidi Haynes | - | | |
| Board of Directors | Ms Joan S Jordan | - | | |
| Board of Directors | Ms Mary A Klepeis | - | | |
| Board of Directors | Rayne Kouhout | - | | |
| Board of Directors | Mr Thomas Loughlin | - | | |
| Board of Directors | Mr Dave Massimi | - | | |
| Board of Directors | Mr Patrick McDonough | - | | |
| Board of Directors | Mr William McGahan | - | | |
| Board of Directors | Ms Joann McParland | - | | |
| Board of Directors | Mr Ron Parenti | - | | |
| Board of Directors | Ms Laura Prince | - | | |
| Board of Directors | Leslie Truet | - | | |
| Board of Directors | Lynn Waddell | - | | |
| Board of Directors | Mr Ronald Whispell | - | | |

## BOARD MEMBERS



# Company Financials

## FINANCIAL OVERVIEW

| | |
|---|---|
| Company Type | Private |
| Location Type | Headquarters |
| Fiscal Year-End | December |
| Auditor | Van Norstrand & Hoolihan Cpa |



# Other Resources Available on Hoovers Online

Map of Headquarters
Industry Watch
News and Press Releases for (last 90 days)
Financial Data Definitions
Market Data Definitions
Comparison Data Definitions
Historical Financials & Employees Defnitions

**The Rich Register**
Featuring information on 4,700 individuals with a net worth greater than $25 million, The Rich Register is available in both hardcover and CD-ROM format.
Learn More

**Build Lead Lists**

 Use Hoover's Lead Finder to create prospect and contact lists.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT D**



# HOOVERS™

## A D&B COMPANY

## The Fastest Path to Business

COMPANIES ■ INDUSTRIES ■ PEOPLE



## Ulster, Town Of (Inc) Profile

1 Town Hall Rd
Lake Katrine, NY 12449-5246 United States (Map)

Phone: 845-382-2765





# Table of Contents

| THE BASICS | 1 |
|---|---|
| Key Information | 1 |
| Key Numbers | 1 |
| COMPANY FINANCIALS | 2 |
| Financial Overview | 2 |
| OTHER RESOURCES AVAILABLE ON HOOVERS ONLINE | 3 |

**WELCOME**

Hoover's is the business information resource that delivers a unique combination of up-to-date data, broad coverage, and comprehensive information about companies, decision makers, and industries - along with powerful tools to put this information to work for your business. Hoover's offers everything you need to successfully:

* Identify and evaluate potential sales leads, markets, and business partners

* Deepen relationships with current customers

* Assess competitive risks and eliminate threats

* Build presentation-ready reports and customized lists of companies, industries, and decision makers

Unlike other business information providers, only Hoover's has a full-time, in-house editorial and research team dedicated wholly to investigating, pinpointing, authenticating, and analyzing data to provide the most comprehensive, up-to-date information available on companies, industries, and executives.

# The Basics

1 Town Hall Rd
Lake Katrine, NY 12449-5246 United States (Map)

Phone: 845-382-2765

## KEY INFORMATION

| | |
|---|---|
| DUNS Number | 019138783 |
| Company Type | Private |
| Location Type | Headquarters |
| Year of Founding or Change In Control | 1879 |
| State of Incorporation | NY |

## KEY NUMBERS

| | |
|---|---|
| Fiscal Year-End | December |
| Total Employees | 110 |
| Employees At This Location | 23 |

## KEY PEOPLE

| | |
|---|---|
| Jayson Cosenza | Manager |
| Nick Worner | Superintendent |
| Chrisy Prema | Assistant Secretary |



# Company Financials

## FINANCIAL OVERVIEW

| | |
|---|---|
| Company Type | Private |
| Location Type | Headquarters |
| Fiscal Year-End | December |
| Auditor | Sickler Torchia Allen & Chur |



# Other Resources Available on Hoovers Online

Map of Headquarters
Industry Watch
News and Press Releases for (last 90 days)
Financial Data Definitions
Market Data Definitions
Comparison Data Definitions
Historical Financials & Employees Defnitions

**The Rich Register**
Featuring information on 4,700 individuals with a net worth greater than $25 million, The Rich Register is available in both hardcover and CD-ROM format.
Learn More

**Build Lead Lists**

 Use Hoover's Lead Finder to create prospect and contact lists.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT E**



# HOOVERS™

### A D&B COMPANY

## The Fastest Path to Business

COMPANIES  ▪  INDUSTRIES  ▪  PEOPLE



## New York State Unified Court System Profile

Office of Court Administration
25 Beaver St.
New York, NY 10004 United States (Map)

Phone: 800-268-7869
Toll Free: 800-268-7869
http://www.courts.state.ny.us



# Table of Contents

**THE BASICS** ........................................................ 1

Key Information ....................................................... 1
Key Numbers ......................................................... 1

**INDUSTRY INFORMATION** ................................. 2

**OFFICERS AND EMPLOYEES** .............................. 3

Corporate Officers ................................................ 3
Board .................................................................. 3

**BIOGRAPHIES** ..................................................... 4

Ronald Younkins ................................................... 4
Ann T. Pfau .......................................................... 4
Jan H. Plumadore .................................................. 4
Joan B. Carey ....................................................... 5
Juanita Bing-Newton ............................................. 5
Judy Harris-Kluger ................................................ 6
Jacqueline Winter Silbermann ................................. 7
Lawrence K. Marks ............................................... 7
Judith S. Kaye ...................................................... 8

**OTHER RESOURCES AVAILABLE ON HOOVERS ONLINE** ............... 9

**WELCOME**

Hoover's is the business information resource that delivers a unique combination of up-to-date data, broad coverage, and comprehensive information about companies, decision makers, and industries - along with powerful tools to put this information to work for your business. Hoover's offers everything you need to successfully:

* Identify and evaluate potential sales leads, markets, and business partners

* Deepen relationships with current customers

* Assess competitive risks and eliminate threats

* Build presentation-ready reports and customized lists of companies, industries, and decision makers

Unlike other business information providers, only Hoover's has a full-time, in-house editorial and research team dedicated wholly to investigating, pinpointing, authenticating, and analyzing data to provide the most comprehensive, up-to-date information available on companies, industries, and executives.

# The Basics

Office of Court Administration
25 Beaver St.
New York, NY 10004 United States (Map)

Phone: 800-268-7869
Toll Free: 800-268-7869
http://www.courts.state.ny.us

The New York State Unified Court System includes civil and criminal courts with trial and appellate levels. The civil branch also has a Claims Court for claims against the state. Lower court levels include city, town, village, New York City, district, and county as well as family and surrogate on the civil side. The Court of Appeals sits at the top of the entire state judicial system, acting as a Supreme Court. It includes one Chief Judge and six Associate Judges; all serve 14-year terms. New York State traces its legal heritage back to the Burgher Court in the Dutch-controlled colony of New Amsterdam in 1656.

## KEY INFORMATION

| | |
|---|---|
| DUNS Number | 360708531 |
| Doing Business As | Appellate Supreme Court |
| Company Type | Government Agency |
| Location Type | Headquarters |
| Year of Founding or Change In Control | 1788 |

## KEY NUMBERS

| | |
|---|---|
| Fiscal Year-End | December |
| Total Employees | 13,100 |
| Employees At This Location | 75 |

## KEY PEOPLE

| | |
|---|---|
| Judith S. Kaye | Chief Judge |
| Ronald Younkins | COO |
| Ann T. Pfau | Chief Administrative Judge |
| Juanita Bing-Newton | Deputy Chief Administrative Judge for Justice Initiatives |
| Joan B. Carey | Deputy Chief Administrative Judge for the New York City Courts |



# Industry Information

**First Research Industry Profiles**
- Government

**Hoover's Industries**
- Government
  - US State/Regional **(primary)**

**Primary SIC Code**
9222: Legal counsel and prosecution
**Primary NAICS Code**
92211: Courts



# Officers and Employees

## CORPORATE OFFICERS

| Title | Name | Age | Salary | Bonus |
|---|---|---|---|---|
| Chief Judge | Ms. Judith S. Kaye | - | | |
| COO | Mr. Ronald Younkins | - | | |
| Chief Administrative Judge | Ms. Ann T. Pfau | - | | |
| Deputy Chief Administrative Judge for Justice Initiatives | Ms. Juanita Bing-Newton | - | | |
| Deputy Chief Administrative Judge for the New York City Courts | Ms. Joan B. Carey | - | | |
| Deputy Chief Administrative Judge for Court Operations and Planning | Ms. Judy Harris-Kluger | - | | |
| Deputy Chief Administrative Judge for the Courts Outside New York City | Mr. Jan H. Plumadore | - | | |
| Deputy Chief Administrative Judge for Matrimonnial Matters | Mr. Jacqueline Winter Silbermann | - | | |
| Administrative Director of the Office of Court Administration | Mr. Lawrence K. Marks | - | | |

## BOARD MEMBERS

# Biographies

## BIOGRAPHIES

### Ronald Younkins
Title: COO

**Biography**

Ronald Younkins has served as the Office of Court Administration's Chief of Operations since 2004. He joined OCA in 1996, where he has held a number of positions before being appointed to his present position. Mr. Younkins graduated from Nyack College, then received an M.A. from Columbia University, and a law degree from Rutgers University School of Law, where he was Articles Editor of the Law Review. After graduating from law school in 1979, he practiced in the area of labor law with the firm of Poletti Freidin Prashker Feldman and Gartner in New York City. He later taught at New York University School of Law, and then entered the public sector, first with the Office of the Corporation Counsel of the City of New York, and then with the New York State Attorney General. Mr. Younkins' professional activities include membership in the Association of the Bar of the City of New York Committee on Uniform State Law and the Council on Judicial Administration. Mr. Younkins also has been an adjunct professor at Fordham University School of Law since 1993. He lives in Westchester County with his wife and two daughters.

Source: Company Web Site, 2007

### Ann T. Pfau
Title held since 2007: Chief Administrative Judge

**Biography**

In May, 2007, Ann Pfau became Chief Administrative Judge of all New York State courts by appointment of Chief Judge Judith S. Kaye. In that capacity, she oversees the administration and operation of the Statewide court system with a $2 billion budget, 3,600 State and locally paid Judges and over 15,000 nonjudicial employees in over 300 locations around the State. Immediately prior to her appointment as Chief Administrative Judge, Judge Pfau served as the First Deputy Chief Administrative Judge, in which capacity she was responsible for assisting the Chief Administrative Judge in overseeing the operations of the trial courts and the Office of Court Administration. Judge Pfau held that position for four years. Judge Pfau previously served as the Deputy Chief Administrative Judge for Management Support and, in 2002 and 2003, also served as the Administrative Judge for the Second Judicial District. Judge Pfau was appointed in 1997 as an Interim Judge of the New York City Civil Court and in 1998 as a Judge of the New York City Criminal Court. She currently is an Acting Supreme Court Judge in the Second Judicial District. Judge Pfau began her legal career in Counsel's Office of the Office of Court Administration after graduating from Brooklyn Law School in 1984. Judge Pfau is a member of the New York State Bar Association and the Association of the Bar of the City of New York. Judge Pfau graduated from Wells College. She lives in Brooklyn with her husband, Peter. They have two children.

Source: Company Web Site, 2007

### Jan H. Plumadore
Title: Deputy Chief Administrative Judge for the Courts Outside New York City

**Biography**

Jan H. Plumadore was born in Potsdam, New York on 29 July 1942 and was raised primarily in Saranac Lake, New York where he currently resides. He graduated from St. Lawrence University in 1964 and Albany Law School in 1968. He



served on active duty with the United States Army during 1968, 1969 and 1970 including a one year tour in the Republic of Viet Nam. He was elected Franklin County Legislator in 1973 and re-elected in 1975. He was elected Franklin County Judge in 1977 where he served 10 years. In 1987 he was elected Justice of the Supreme Court in the 4th Judicial District and re-elected in 2001. In 1993 he was appointed as Administrative Judge in the 4th Judicial District and served in that capacity until May 2004 when he was appointed to his current position Deputy Chief Administrative Judge for the courts outside New York City.

Source: Company Web Site, 2006

## Joan B. Carey

Title: Deputy Chief Administrative Judge for the New York City Courts

### Biography

Joan B. Carey, Judge of the New York State Court of Claims, Acting Justice of the Supreme Court, and Deputy Chief Administrative Judge for the New York City Courts, was born in Brooklyn, New York. B.A., St. Joseph's College, 1961; L.L. B. New York Law School, 1966. Admitted to the New York State Bar, 1967. Prior to commencing her legal career, Judge Carey was a social worker and a public school teacher. For nearly a decade, she served as a prosecutor and bureau chief in the Queens County District Attorney's Office, and later, in the Office of the Special Anti-Corruption Prosecutor. Appointed to the New York City Criminal Court by Mayor Edward I. Koch, in 1978, Judge Carey served as Supervising Judge of the Criminal Court, New York County, and as an Acting Justice of the Supreme Court, Criminal Term, New York County. In 1986, Governor Mario Cuomo appointed Judge Carey to the New York State Court of Claims. Judge Carey has served as Administrative Judge of the Supreme Court, New York County, Criminal Term, and the New York City Criminal Court. In 1996, Judge Carey was appointed Deputy Chief Administrative Judge for New York City Courts. Today she continues to serve in that role, while also serving as an Acting Justice of the Supreme Court, Civil Term, New York County, presiding over a Medical Malpractice Trial Part. Judge Carey is married to Thomas V. Dana, Esq., an attorney.

Source: Company Web Site, 2006

## Juanita Bing-Newton

Title: Deputy Chief Administrative Judge for Justice Initiatives

### Biography

Juanita Bing Newton, a native New Yorker, was appointed by Governor Mario M. Cuomo in December 1986 to the New York State Court of Claims. Her appointment was confirmed by the Senate and she commenced her term on January 1, 1987. For more than a decade, she served as an Acting Justice of the Supreme Court in New York County first as a trial judge and then as the Administrative Judge. In 1999, Judge Newton was appointed by Chief Administrative Judge Lippman to the statewide position of Deputy Chief Administrative Judge for Justice Initiatives. In 2003, Judge Newton assumed an additional assignment when she was appointed as the Administrative Judge of the Criminal Court for the City of New York . B.A., Northwestern University, 1972; J.D., Columbus School of Law, The Catholic University of America, 1975. Admitted to the New York State Bar, 1976. Prior to her appointment to the bench, Judge Newton was an Assistant District Attorney in Bronx County, the Executive Director/General Counsel to the New York State Sentencing Guidelines Committee, and the Executive Assistant to the Deputy Chief Administrative Judge for the New York City Courts. Judge Newton is a member of several committees and organizations including the NYCLA Task Force to Increase Diversity in the Legal Profession of which she is Chair. She was recently named a member of the CUNY Law School Board of Visitors and the ABA Commission on Sentencing, Corrections and Re-entry. Judge Newton is a recipient of two honorary



degrees, and numerous awards including the Constance Baker Motley Award of the Association of Black Westchester Lawyers which was presented to her by Judge Motley.

Source: Company Web Site, 2006

## Judy Harris-Kluger
Title: Deputy Chief Administrative Judge for Court Operations and Planning

## Biography
Hon. Judy Harris Kluger is the Deputy Chief Administrative Judge for Court Operations and Planning for New York State. She is responsible for court reform, restructuring projects and specialized courts. The major initiatives under Judge Kluger's leadership include the Integrated Domestic Violence courts. This sweeping reform of the state courts, which builds on a one family - one judge model for domestic violence cases, involves reorganizing a system that currently requires families affected by domestic violence to see multiple judges to resolve criminal, family and matrimonial matters in domestic violence cases. In 2005, Judge Kluger began overseeing the management of domestic violence courts, which handle criminal cases. As part of the domestic violence court initiative, Judge Kluger is working to implement Youthful Offender Domestic Violence Courts in jurisdictions with high caseloads. The Youthful Offender Domestic Violence Courts process criminal cases involving intimate partners where the defendant is aged 16 through 19. In addition to overseeing the Integrated Domestic Violence, Domestic Violence and Youthful Offender Domestic Violence courts, Judge Kluger has recently assumed responsibility for the operation of Drug Treatment Courts statewide. These courts present an alternative to incarceration for non-violent drug-addicted defendants and seek to break the cycle of addiction and recidivism that perpetuates drug use and drug-related crime. Judge Kluger is also spearheading the reorganization of criminal case processing in Bronx County. Bronx County's new streamlined, consolidated court of criminal jurisdiction, which began operating in November 2004, handles felonies and misdemeanors adjudicated in the Bronx. In 2004, Judge Kluger assumed responsibility for improving public access to court records. Under her direction, the court system is examining ways to make public through the internet a full complement of court decisions, calendars, and selected case files while protecting litigants against the disclosure of non-public or highly sensitive information. Most recently, Judge Kluger launched Mental Health and Sex Offense courts. Mental Health courts seek to match eligible offenders with treatment in order to address underlying mental health issues that have resulted in criminal behavior. Sex Offense courts incorporate judicial monitoring and work closely with probation and other outside groups to improve offender compliance and enhance victim safety. Finally, Judge Kluger is responsible for the Community courts, a collaboration between entities, including citizens, criminal justice agencies, businesses and social service providers which results in neighborhood-focused problem solving. Community Courts sentence low-level offenders to pay back the community through community service, thereby enhancing appreciation of how crime affects victims and communities. These courts may also house an array of non-traditional programs, including community mediation, job training and homeless outreach to address problems that often underlie criminal behavior. After graduating from New York University and St. John's University Law School, Judge Kluger began her career as an assistant district attorney in Kings County, where she served as the Bureau Chief of the Sex Crimes and Domestic Violence Bureau and later as Chief of the Criminal Court Bureau. In 1988, she was appointed to the New York City Criminal Court. She was a key member of the development team at the Midtown Community Court where she presided from 1993 through 1996. The project received national acclaim for it's innovative handling of quality of life crimes and began an era of development of problem solving courts throughout the country. Judge Kluger served as Administrative Judge of the New York City Criminal Court from 1996 to 2003, where she brought a problem-solving and innovative approach to court operations and administration and developed specialized approaches for domestic violence and drug cases. Judge Kluger is an





active member of numerous professional associations, committees and advisory boards. She is co-chair of the Local Courts Advisory Committee of the Chief Administrative Judge. Judge Kluger is a frequent speaker and panelist and has been recognized for her work on many occasions, including receiving an award from the Mayor of the City of New York in 1999 for outstanding leadership in breaking the cycle of domestic violence. In March of 2004, she was honored by the Lawyers Committee Against Domestic Violence with the In the Trenches Award recognizing indomitable courage, vision, and dedication to ending violence against women. Most recently, in October 2005, she received the Abely Award for Leading Women and Children to Safety.

Source: Company Web Site, 2007

## Jacqueline Winter Silbermann
Title held since 2008: Deputy Chief Administrative Judge for Matrimonnial Matters

### Biography
Justice Jacqueline Winter Silbermann graduated Cum Laude from Bryn Mawr College in 1959. After teaching algebra and geometry by designation, she went on to become a high school teacher licensed in the Social Sciences. In 1972, Justice Silbermann graduated Cum Laude from Fordham University School of Law. Although she was asked to join the Law Review, she declined the invitation so that she could spend more time with her two children, Jeffrey and Jane. Upon graduation from law school, Justice Silbermann worked as an associate at Skadden, Arps, Slate, Meagher & Flom, P.C. and subsequently became a law secretary to Civil Court Judge Irving Smith and thereafter, Supreme Court Justices, Joseph R. Marro and Jacob Grumet. Justice Silbermann was elected to the Civil Court in November, 1983, where she sat from January, 1984 through December, 1985. In January, 1986, she was designated as an Acting Supreme Court Justice. A year later, Justice Silbermann was appointed Supervising Judge of the Civil Court, New York County and was assigned as an Acting Supreme Court Justice to an Individual Assignment Part handling primarily matrimonial actions. In March of 1989, Justice Silbermann was appointed the Administrative Judge of the Civil Court of the City of New York (the first woman to hold that position). In November of 1990, Justice Silbermann was elected a Supreme Court Justice in New York County. Justice Silbermann held the position of Administrative Judge of the Civil Court of the City of New York until January, 1997, at which time she became the Administrative Judge for Matrimonial Matters, a statewide position; in 2006 she was named the Deputy Chief Administrative Judge for Matrimonial Matters. In March of 2001, Justice Silbermann was also appointed the Administrative Judge of the Supreme Court, Civil Term in New York County. Justice Silbermann is an active member of many bar associations, including The Association of the Bar of the City of New York, The New York Women's Bar Association, The Metropolitan Women's Bar Association, New York County Lawyers Association and the New York State Bar Association. She has received numerous awards including the Harlan Fiske Stone Memorial Award, Benjamin N. Cardozo Award, Louis Capozzoli Gavel Award, New York Women's Bar President's Award, and the Doris Hoffman Memorial Award from the Women's Bar Association of the State of New York.

Source: Company Web Site, 2008

## Lawrence K. Marks
Title: Administrative Director of the Office of Court Administration

### Biography
Lawrence K. Marks has served as Administrative Director of the Office of Court Administration since 2004. He previously served as Special Counsel to the Chief Administrative Judge, and as OCA's Deputy Counsel for Criminal Justice. Prior to his employment with the Unified Court System, he was a senior supervising attorney with the Legal





Aid Society in New York City, in private practice and a law clerk to U.S. District Judge Thomas C. Platt. He is the editor and co-author of New York Pretrial Criminal Procedure (Volume 7 of West's New York Practice Series), and the author of several law review articles and numerous government reports. He is also an adjunct professor at Brooklyn Law School and the John Jay College of Criminal Justice graduate program. He is a graduate of the State University of New York at Albany (magna cum laude) and Cornell Law School (cum laude), where he was an editor of the law review, and was admitted to the New York Bar in 1983. A resident of Nassau County, he is married and has two daughters.

Source: Company Web Site, 2006

## Judith S. Kaye
Title: Chief Judge

## Past Company Affiliations

| Company | Title | Salary | Bonus |
|---------|-------|--------|-------|
| National Center for State Courts | Director | - | - |

## Biography

Hon. Judith S. Kaye, Chief Judge of the State of New York, was born in Monticello, New York, in 1938. She was appointed by Governor Mario M. Cuomo on February 22, 1993, confirmed by the State Senate on March 17, and sworn in on March 23, 1993. She is the first woman to occupy the State Judiciary's highest office. She became the first woman to serve on New York State's highest court when Governor Cuomo appointed her Associate Judge of the Court of Appeals on September 12, 1983. B.A., Barnard College, 1958; LL.B., New York University School of Law (cum laude), 1962. Admitted to the New York State Bar, 1963. Chief Judge Kaye engaged in private practice in New York City until her appointment to the Court of Appeals. Her current posts also include service as President of the Conference of Chief Justices and Chair of the Board of Directors, National Center for State Courts (2002-03); Chair of the Permanent Judicial Commission on Justice for Children; Founding Member and Honorary Chair, Judges and Lawyers Breast Cancer Alert (JALBCA); member of the Board of Editors, New York State Bar Journal; Trustee, The William Nelson Cromwell Foundation. She is the author of numerous publications--particularly articles dealing with legal process, state constitutional law, women in law, professional ethics and problem-solving courts--as well as the recipient of many awards and several honorary degrees. She is married to Stephen Rackow Kaye, who practices law in New York City. They have three children.

Source: Company Web Site, 2006



# Other Resources Available on Hoovers Online

Map of Headquarters
Industry Watch
News and Press Releases for New York Court System (last 90 days)
Financial Data Definitions
Market Data Definitions
Comparison Data Definitions
Historical Financials & Employees Defnitions

**The Rich Register**
Featuring information on 4,700 individuals with a net worth greater than $25 million, The Rich Register is available in both hardcover and CD-ROM format.
Learn More

**Build Lead Lists**

Use Hoover's Lead Finder to create prospect and contact lists.

