```
 1   Richard-Enrique; Ulloa                    U.S. DISTRICT COURT
                                                  N.D. OF N.Y.
 2   c/o postal department 771                       FILED
     Stone Ridge, New York republic
 3                                              JUN 2 1 2010

 4                                          LAWRENCE K. BAERMAN, CLERK
                                                    ALBANY
```

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COUNTY OF ULSTER, NEW YORK )<br>THE TOWN OF LLOYD, NEW YORK, )<br>TOWN OF ROSENDALE, NEW YORK, )<br>TOWN OF ULSTER, NEW YORK )<br>DARRELL DAY, EUGENE J. RIZZO, )<br>DANIEL M. MARTUSCELLO, )<br>HEATHER BLUME, ANTHONY )<br>KALIMERAS, KATHLEEN BURNS )<br>JEFF COHEN, DAVID M. ACKERT, )<br>AMY SHUMAN, ROBERT VOSPER, )<br>JOSHUA CALIENDO, BEATRICE )<br>HAVRANEK, EILEEN B. KATASKY )<br>NINA POSUPACK, NEREIDA VEYTIA)<br>)<br>Plaintiffs, )<br>)<br>-against- )<br>)<br>)<br>RICHARD ENRIQUE ULLOA, SARA )<br>ULLOA, JEFFREY-CHARLES )<br>BURFEINDT, ED-GEORGE )<br>PARENTEAU, RAYMOND )<br>TOMKINS, KATHERINE A. CAIRO )<br>DAVIS, KATHY STEINHILBER, )<br>)<br>)<br>Defendants ) | CASE # 1:10-CV-00467<br>TJM/DRH<br><br><br><br><br><br><br><br><br><br><br><br><br>NOTICE OF MOTION<br>TO STRIKE JUDGES FILING |

**NOTICE OF MOTION TO STRIKE JUDGES FILING**

---

Comes now Richard-Enrique; Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

PLEASE TAKE NOTICE, that upon the attached MOTION TO STRIKE, demands that document docketed as #10, be Stricken from the record, and removed from the docket as improper, the undersigned moves this administrative court of the United States District Court Northern District of New York located in Albany, New York, for Defendant to be heard, for a Motion to Strike.

All replies are due seven (7) days from the receipt of this Motion, per court order.

I pray to the almighty Father and not to this court that justice be done.

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

Richard-Enrique; Ulloa

Date: June 18, 2010

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "NOTICE OF MOTION" by* "hand-delivered by private carrier-service on "USDC of Northern New York" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| | |
|---|---|
| BAILEY, KELLEHER & JOHNSON, P.C<br>JOHN W. BAILEY<br>5 PINE WEST PLAZA, SUITE 507<br>ALBANY, NEW YORK 12205<br>First class mail | USDC OF NORTHERN NY<br>COURT CLERK<br>445 Broadway, Room 509<br>ALBANY, NEW YORK 12207<br>First class mail |



Richard-Enrique; Ulloa
June 18, 2010

## <u>NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT</u>