Richard-Enrique; Ulloa
c/o postal department 771
Stone Ridge, New York republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 2 1 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ULSTER, NEW YORK )<br>THE TOWN OF LLOYD, NEW YORK, )<br>TOWN OF ROSENDALE, NEW YORK, )<br>TOWN OF ULSTER, NEW YORK )<br>DARRELL DAY, EUGENE J. RIZZO, )<br>DANIEL M. MARTUSCELLO, )<br>HEATHER BLUME, ANTHONY )<br>KALIMERAS, KATHLEEN BURNS )<br>JEFF COHEN, DAVID M. ACKERT, )<br>AMY SHUMAN, ROBERT VOSPER, )<br>JOSHUA CALIENDO, BEATRICE )<br>HAVRANEK, EILEEN B. KATASKY )<br>NINA POSUPACK, NEREIDA VEYTIA)<br>)<br>Plaintiffs, )<br>)<br>-against- )<br>)<br>)<br>RICHARD ENRIQUE ULLOA, SARA )<br>ULLOA, JEFFREY-CHARLES )<br>BURFEINDT, ED-GEORGE )<br>PARENTEAU, RAYMOND )<br>TOMKINS, KATHERINE A. CAIRO )<br>DAVIS, KATHY STEINHILBER, )<br>)<br>)<br>Defendants )<br>_____) | CASE # 1:10-CV-00467<br>TJM/DRH<br><br><br><br><br><br><br><br><br><br><br><br><br>MOTION TO STRIKE JUDGES<br>FILING OF IMPROPER<br>DOCUMENTS INTO DOCKET (#10) |

**MOTION TO STRIKE JUDGES FILING OF IMPROPER DOCUMENTS INTO DOCKET (#10)**

    Comes now Richard-Enrique; Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

    I submit this Motion to Strike in order to strike from the record, Docket #10 of this case, due to the fact that this document was only intended for JUDGE DAVID R. HOMER and was never intended to be filed into the case.

    The document entered as docket 10 of this case, is in clear violation of Federal Rules of Civil Procedure 10.a, 10.b and 10.c.

    The document entered as docket 10 of this case, is in clear violation of Federal Rules of Civil Procedure 7.a, 7.b.1 and 7.b.2.

    The document labeled, "Statement of Issues" was not intended to be filed into the record, the Magistrate Judge took it upon himself to file documents (Statement of Issues) which were address to him personally and without consent from this party, as an answer to the complaint. This is not and never was intended to be an answer to this complaint.

    Judge HOMER, **did not** have my **consent** to file these documents into this case, they were addressed to him personally and not to the clerk for filing and they should be stricken from the record.

    I demand that this document be stricken from the record as it is not and never was intended to be a response to the complaint, and is not in proper form violating Federal Rules 7 and 10.

    I pray to our Heavenly Father and not this court that justice be done.

*[signature]*

    Richard-Enrique; Ulloa

Date: June 18, 2010

## Proof and Evidence of Service

*I*, Richard-Enriqu; Ulloa: *declare that I served by filing one copy of the "MOTION TO STRIKE JUDGES FILING" by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa

June 18, 2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT