Richard-Enrique; Ulloa
c/o postal department 771
Stone Ridge, New York republic

```
U.S. DISTRICT COURT
   N.D. OF N.Y.
     FILED

   JUN 21 2010

LAWRENCE K. BAERMAN, CLERK
         ALBANY
```

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ULSTER, NEW YORK ) <br> THE TOWN OF LLOYD, NEW YORK, ) <br> TOWN OF ROSENDALE, NEW YORK, ) <br> TOWN OF ULSTER, NEW YORK ) <br> DARRELL DAY, EUGENE J. RIZZO, ) <br> DANIEL M. MARTUSCELLO, ) <br> HEATHER BLUME, ANTHONY ) <br> KALIMERAS, KATHLEEN BURNS ) <br> JEFF COHEN, DAVID M. ACKERT, ) <br> AMY SHUMAN, ROBERT VOSPER, ) <br> JOSHUA CALIENDO, BEATRICE ) <br> HAVRANEK, EILEEN B. KATASKY ) <br> NINA POSUPACK, NEREIDA VEYTIA ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> ) <br> RICHARD ENRIQUE ULLOA, SARA ) <br> ULLOA, JEFFREY-CHARLES ) <br> BURFEINDT, ED-GEORGE ) <br> PARENTEAU, RAYMOND ) <br> TOMKINS, KATHERINE A. CAIRO ) <br> DAVIS, KATHY STEINHILBER, ) <br> ) <br> ) <br> Defendants ) <br> ――――――――――――――――――) | CASE # 1:10-CV-00467 <br> TJM/DRH <br><br><br><br><br><br><br><br><br><br> OBJECTION TO JUDGE FILING <br> IMPROPER DOCUMENTS |

## OBJECTION TO JUDGE FILING IMPROPER DOCUMENTS

―――――――――――――――――――――――――――――――――――――――――――――

Comes now Richard-Enrique; Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

I submit my Objection to the fact that JUDGE DAVID R. HOMER, took it upon himself to file documents (Statement of Issues) which were address to him personally and without consent from this party, as an answer to the complaint.

I submit my Objection to the fact that JUDGE DAVID R. HOMER, took it upon himself to file documents (Statement of Issue) which were address to him personally and without consent from this party, and without an Order made up on a separate sheet by him, ordering the entry into the case.

This Statement of Issues must be address by all parties and does not qualify for entry into the record; the document is in an improper form. A Motion to Strike is attached with this Objection to purge this Statement of Issue from the Docket (docket #10), based on improper format, no header page, and that it does not follow the rules as far as form or content.

Judge HOMER, did not have my consent or authority to file these documents into this case, much less enter then as evidence into the record since they were addressed to him personally and were not sent to the clerk with instructions for filing and they should be stricken from the record.

I pray to our Heavenly Father and not this court that justice be done.

*[signature]*

Richard-Enrique; Ulloa

Date: June 18, 2010

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "OBJECTION TO JUDGES FILING"* by *"hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL to the following:*

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa

June 18, 2010

## **NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**