U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

1

Richard-Enrique; Ulloa
c/o postal department 771
Stone Ridge, New York republic

2

IUN 2 1 2010

3

LAWRENCE K. BAERMAN, CLERK
ALBANY

4

5

# UNITED STATES DISTRICT COURT FOR THE

6

# NORTHERN DISTRICT OF NEW YORK

7

8    COUNTY OF ULSTER, NEW YORK    )       CASE # 1:10-CV-00467
     THE TOWN OF LLOYD, NEW YORK, )       TJM/DRH
9    TOWN OF ROSENDALE,NEW YORK, )
     TOWN OF ULSTER, NEW YORK      )
10   DARRELL DAY, EUGENE J. RIZZO, )
     DANIEL M. MARTUSCELLO,        )
11   HEATHER BLUME, ANTHONY        )
     KALIMERAS, KATHLEEN BURNS     )
12   JEFF COHEN, DAVID M. ACKERT,  )
     AMY SHUMAN, ROBERT VOSPER,    )
13   JOSHUA CALIENDO, BEATRICE     )
     HAVRANEK, EILEEN B. KATASKY   )
14   NINA POSUPACK, NEREIDA VEYTIA )
15                                 )       MEMORANDUM OF LAW
                                   )       IN SUPPORT OF MOTION TO
16            Plaintiffs,          )       STRIKE JUDGES FILING
                                   )
17        -against-                )
                                   )
18                                 )
     RICHARD ENRIQUE ULLOA, SARA   )
19   ULLOA, JEFFREY-CHARLES        )
     BURFEINDT, ED-GEORGE          )
20   PARENTEAU, RAYMOND            )
     TOMKINS, KATERINE A. CAIRO    )
21   DAVIS, KATHY STEINHILBER,     )
                                   )
22                                 )
                                   )
23            Defendants           )
     _____)
24

# MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE JUDGES

25

## FILING

26

27   _____

28

1
2
3
4

Comes now Richard-Enrique; Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

5
6
7
8

The following rules are in support of the Motion to Strike Judges Filing of document under Docket #10 of the complaint.

9
10

The document labeled "Statement of Issues" and entered into Docket #10 are improper and do not comply with the Federal Rules 7 and 10, AND Local Rule 10.1,

11
12

## Rule 10. Form of Pleadings

13
14
15

### (a) Caption; Names of Parties.

Every pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties; the title of other pleadings, after naming the first party on each side, may refer generally to other parties.

16
17
18

### (b) Paragraphs; Separate Statements.

A party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances. A later pleading may refer by number to a paragraph in an earlier pleading. If doing so would promote clarity, each claim founded on a separate transaction or occurrence — and each defense other than a denial — must be stated in a separate count or defense.

19
20
21

### (c) Adoption by Reference; Exhibits.

A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion. A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes.

22
23
24

### ***Rule 7.*** *Pleadings Allowed; Form of Motions and Other Papers*

25

(a) Pleadings.

26

Only these pleadings are allowed:

27

(1) a complaint;

28

(2) an answer to a complaint;

(3) an answer to a counterclaim designated as a counterclaim;

(4) an answer to a crossclaim;

(5) a third-party complaint;

(6) an answer to a third-party complaint; and

(7) if the court orders one, a reply to an answer.

(b) Motions and Other Papers

**(1) In General.**

A request for a court order must be made by motion. The motion must:

(A) be in writing unless made during a hearing or trial;

(B) state with particularity the grounds for seeking the order; and

(C) state the relief sought.

**(2) Form.**

The rules governing captions and other matters of form in pleadings apply to motions and other papers.

I pray to the Almighty Father and not to this court that justice be done.

**<u>ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT</u>**

Richard-Enrique; Ulloa

Date: June 18, 2010

**Proof and Evidence of Service**

   *I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "MEMORANDUM OF LAW"* by "hand-delivered by private carrier-service on "USDC of Northern New York" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
|---|---|
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Richard-Enrique; Ulloa
June 18, 2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO

## THE PRINCIPAL IS NOTICE TO THE AGENT