```
 1    Richard-Enrique; Ulloa                        U.S. DISTRICT COURT
                                                        N.D. OF N.Y.
 2    c/o postal department 771                          FILED
      Stone Ridge, New York republic
 3                                                    JUN 2 1 2010

 4                                                LAWRENCE K. BAERMAN, CLERK
                                                         ALBANY
```

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COUNTY OF ULSTER, NEW YORK ) <br> THE TOWN OF LLOYD, NEW YORK, ) <br> TOWN OF ROSENDALE, NEW YORK, ) <br> TOWN OF ULSTER, NEW YORK ) <br> DARRELL DAY, EUGENE J. RIZZO, ) <br> DANIEL M. MARTUSCELLO, ) <br> HEATHER BLUME, ANTHONY ) <br> KALIMERAS, KATHLEEN BURNS ) <br> JEFF COHEN, DAVID M. ACKERT, ) <br> AMY SHUMAN, ROBERT VOSPER, ) <br> JOSHUA CALIENDO, BEATRICE ) <br> HAVRANEK, EILEEN B. KATASKY ) <br> NINA POSUPACK, NEREIDA VEYTIA) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> ) <br> RICHARD ENRIQUE ULLOA, SARA ) <br> ULLOA, JEFFREY-CHARLES ) <br> BURFEINDT, ED-GEORGE ) <br> PARENTEAU, RAYMOND ) <br> TOMKINS, KATERINE A. CAIRO ) <br> DAVIS, KATHY STEINHILBER, ) <br> ) <br> ) <br> Defendants ) | CASE # 1:10-CV-00467 <br> TJM/DRH <br><br><br><br><br><br><br><br><br><br><br> AFFIDAVIT OF TRUTH IN <br> SUPPORT OF OBJECTION AND <br> MOTION TO STRIKE JUDGES <br> FILING OF IMPROPER <br> DOCUMENTS INTO DCK 10 |

**AFFIDAVIT OF TRUTH IN SUPPORT OF OBJECTION AND MOTION TO**

**STRIKE JUDGES FILING OF IMPROPER DOCUMENTS INTO THE DOCKET**

**#10**

Comes now Richard-Enrique Ulloa, Secured Party-Creditor, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party-Creditor and request that the officers of this court do the same. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

Richard-Enrique Ulloa, a Secured Party creditor, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-207, and Articles 1 to 13, hereby affirms;

I represent the Trust for RICHARD ENRIQUE ULLOA, that Trust is over the age of 18, and affirms under penalty of perjury, that;

I submit this Affidavit of Truth for and into the record that all documents submitted in support of the Motion to Strike, Notice of Motion, Objection to Judges filing, and Memorandum of Law in Support of the Motion to Strike are true and that I have firsthand knowledge of all the facts in all these documents.

The document filed as Statement of Issues was never intended to be filed as an answer or the answer to this complaint, the Statement of Issues document was sent to Judge Homer and all Plaintiffs's but was not intended to be filed into this case, and

DOCUMENTS ATTACHED TO COMPLAINT ARE NOT AUTHENTICATED

The documents attached as Exhibits to the Original Complaint filed by Plaintiff's attorney, need to be stricken from the record as they do not provide a prima facia indica, they are hearsay and have not been certified be a competent authority, or entered into the record via an Affidavit were the party that provided them can attest as to their origin and validity. The documents attached to the complaint are immaterial and impertinent and based on Federal Rules of Civil Procedure Rul1 12(f), must be stricken from the record.

I pray to the almighty Father and not to this court that justice be done.

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

_____
Richard-Enrique; Ulloa

Date: June 18, 2010

State of New York }

                ss

county of Ulster   }

On the 18th day of June in the year 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared Richard-Enrique; Ulloa, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signatures(s) on the Instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Signature _Judith S. Mayhon_ (seal)

JUDITH S. MAYHON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6095585
QUALIFIED IN ULSTER COUNTY
COMMISSION EXPIRES JULY 14, 20_11_

## LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

## Proof and Evidence of Service

I, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "AFFIDAVIT OF TRUTH IN SUPPORT OF MOTION TO STRIKE"* by "hand-delivered by private carrier-service on "USDC of Northern New York" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| BAILEY, KELLEHER & JOHNSON, P.C<br>JOHN W. BAILEY<br>5 PINE WEST PLAZA, SUITE 507<br>ALBANY, NEW YORK 12205<br>First class mail | USDC OF NORTHERN NY<br>COURT CLERK<br>445 Broadway, Room 509<br>ALBANY, NEW YORK 12207<br>First class mail |
|---|---|

Richard-Enrique; Ulloa
June 18, 2010

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT