**BAILEY, KELLEHER & JOHNSON, P. C.**
ATTORNEYS AT LAW
PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK  12205
TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.bkjlaw.com

| | |
|---|---|
| **John W. Bailey** | Vincent J. DeLeonardis |
| **Nannette R. Kelleher** | Andrew T. Marciniszyn |
| **Thomas J. Johnson** | Crystal R. Mennillo |
| | Catherine P. Ham |
| | Dinna Eskin-Colon |
| | Marc J. Kaim |
| | Aaron E. Connor |
| | William T. Little |

June 22, 2010

<u>Via Electronic Filing</u>
Hon. Thomas J. McAvoy
Senior U.S. District Judge
U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

  Re: County of Ulster et. al, v. Richard Enrique Ulloa, et. al.
     Case No.: 1:10-cv-00467 (TJM/DRH)
     Our File No.:  995-TR10

Dear Judge McAvoy:

Please accept the following letter as a request to consolidate the return dates with respect to two pending Motions to Dismiss filed in County of Ulster v Ulloa et al.  Specifically, a Motion to Dismiss was filed by defendant Sara Ulloa on or about June 8, 2010.  Defendants' response to this Motion is currently due by June 25, 2010 and Ms. Ulloa's reply to that response is due by July 1, 2010.  Another Motion to Dismiss was filed, on or about June 22, 2010 by defendant Richard Enrique Ulloa.  Defendants' response to this Motion is currently due by July 23, 2010 and Mr. Ulloa's reply is due July 29, 2010.

Given the fact that defendants' response to these Motions will be very similar and in many ways duplicative, it is respectfully requested that the Motion dates for the

aforementioned Motions to Dismiss be consolidated.  It is also respectfully submitted that this also serves interests of judicial economy.

Thank you for your consideration of this matter.

Respectfully submitted,

John W. Bailey

JWB:mfv
cc:   Sara Ulloa
      1121 Ovington Avenue
      Brooklyn, NY  11219

      Richard Enrique Ulloa
      22 Ridge Mountain Road
      Stone Ridge, NY  12484


So Ordered

_____
Hon. Thomas J. McAvoy