**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------
COUNTY OF ULSTER, NEW YORK, et al.,

                     Plaintiffs,

        v.                                       No. 10-CV-467
                                                 (TJM/DRH)

RICHARD ENRIQUE ULLOA, et al.,

                     Defendants.
----------------------------------------------------------------

## ORDER

       On June 8, 2010, the chambers of the undersigned received from defendant Richard Enrique Ulloa.  There was no indication on the submission that it had been served on plaintiffs and no prior permission had been granted to submit any documents to the Court for <u>ex parte in camera</u> consideration.  Accordingly, the document was filed in the docket of this case as defendant Ulloa's answer.  Docket No. 10.  Defendant Ulloa now moves to strike that document stating that it was intended solely for review by the Court and that it does not serve as his answer herein.  Docket No.14.  Finding that defendant Ulloa has established sufficient cause to strike the document as his answer in this case, that request will be granted.  However, because the Court did not give prior approval to defendant Ulloa to submit any documents for <u>ex parte in camera</u> review, that document shall be returned to defendant Ulloa and stricken from the record in this case completely.

       WHEREFORE, it is hereby

       **ORDERED** that:

       1.  Defendant Ulloa's motion to strike the document filed as his answer (Docket No. 10)

is **GRANTED** and that document shall be stricken from the docket in this case; and

    2.  The document filed as Docket No. 10 shall be returned to defendant Ulloa.

**IT IS SO ORDERED**.

Dated:  June 24, 2010
         Albany, New York

                                   United States Magistrate Judge