UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COUNTY OF ULSTER, NEW YORK
THE TOWN OF LLOYD, NEW YORK,
TOWN OF ROSENDALE, NEW YORK,
TOWN OF ULSTER, NEW YORK,
DARRELL DAY, EUGENE J. RIZZO, DANIEL
M. MARTUSCELLO, HEATHER BLUME, ANTHONY
KALIMERAS, KATHLEEN BURNS, JEFF COHEN,
DAVID M. ACKERT, AMY SHUMAN, ROBERT
VOSPER, JOSHUA CALIENDO, BEATRICE
HAVRANEK, EILEEN B. KATATSKY,
NINA POSTUPACK, NEREIDA VEYTIA,

**PLAINTIFFS' CIVIL RICO STATEMENT**

Civil Action No.:
1:10-cv-00467

(TJM/DRH)

               Plaintiffs,

-against-

RICHARD ENRIQUE ULLOA, SARA ULLOA,
JEFFREY-CHARLES BURFEINDT,
ED-GEORGE PARENTEAU, RAYMOND TOMPKINS,
KATHERINE A. CAIRO DAVIS, KATHY STEINHILBER,

               Defendants.

---

I, Maureen Foo-Van Natten, certify that on the 30th day of June, 2010, I electronically filed Plaintiffs' Civil Rico Statement with the Clerk of the District Court using the CM/ECF system and the same was served upon the undersigned at the address stated below.

<u>Via Certified Mail Return Receipt</u>
Mr. Richard Enrique-Ulloa
22 Mountain Ridge Road
Stone Ridge, NY 12484

<u>Via Certified Mail Return Receipt</u>
Sara Ulloa
1121 Ovington Avenue
Brooklyn, NY 11219

by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States Postal Service on Washington Avenue Extension, Albany, New York 12205 directed to said persons, at said address, respectively mentioned above, that being the address within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices according to the best information which can be conveniently obtained.

_Maureen Foo-Van Natten_
Maureen Foo-Van Natten