Richard-Enrique; Ulloa
c/o postal department 771
Stone Ridge, New York republic

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ULSTER, NEW YORK<br>THE TOWN OF LLOYD, NEW YORK,<br>TOWN OF ROSENDALE, NEW YORK,<br>TOWN OF ULSTER, NEW YORK<br>DARRELL DAY, EUGENE J. RIZZO,<br>DANIEL M. MARTUSCELLO,<br>HEATHER BLUME, ANTHONY<br>KALIMERAS, KATHLEEN BURNS<br>JEFF COHEN, DAVID M. ACKERT,<br>AMY SHUMAN, ROBERT VOSPER,<br>JOSHUA CALIENDO, BEATRICE<br>HAVRANEK, EILEEN B. KATASKY<br>NINA POSUPACK, NEREIDA VEYTIA<br><br>Plaintiffs,<br><br>-against-<br><br>RICHARD ENRIQUE ULLOA, SARA ULLOA, JEFFREY-CHARLES BURFEINDT, ED-GEORGE PARENTEAU, RAYMOND TOMKINS, KATHERINE A. CAIRO DAVIS, KATHY STEINHILBER,<br><br>Defendants | CASE # 1:10-CV-00467<br>TJM/DRH<br><br>U.S. DISTRICT COURT<br>N.D. OF N.Y.<br>FILED<br>JUL 01 2010<br>LAWRENCE K. BAERMAN, CLERK<br>ALBANY<br><br>OBJECTION TO LETTER<br>SENT TO JUDGE - TJM<br>IN REFERENCE TO MERGE<br>OF MOTIONS |

**OBJECTION TO LETTER SENT TO JUDGE TJM IN REFERENCE TO MERGE OF MOTIONS**

Comes now Richard-Enrique; Ulloa, by special visitation and not appearing generally, before this court seeking a remedy, by "The Saving to the Suitors Clause" at USC 28 -1333(1). I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519

---

I submit my Objection to the letter sent by Plaintiff's attorney (attached) to consolidate the response dates of the two pending Motions to Dismiss, and take exception to the fact that the Motions are "very similar".

Currently the court has, from Defendant SARA ULLOA a Motion to Dismiss, from RICHARD ENRIQUE ULLOA, there is a Motion to Dismiss, a Motion to reconsider and a Motion to Strike. One Motion is not similar to the other and in the pursuit of justice should not be merged; defendants deserve Plaintiff's response on the merits of each "individual" Motion and do not consent to the merger of dates or Motions.

On and for the record, if Plaintiff's attorney needs more time, he should request it via a "proper" Motion and discontinue the letter writing campaign to this court, and use proper form. Once again I remind the court of the rules of pleadings and Motions and that they must be in proper form.

If the court wishes to send an order to have pleadings, motions and requests sent via letter instead of proper form, we would not object to such an order.

I am objecting to the time extension and to the merger of any Motions.

I pray to our Heavenly Father and not this court that justice be done.

Richard-Enrique; Ulloa

Date: June 25, 2010

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the* "OBJECTION TO LETTER SENT TO JUDGE" *by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| | |
|---|---|
| BAILEY, KELLEHER & JOHNSON, P.C | USDC OF NORTHERN NY |
| JOHN W. BAILEY | COURT CLERK |
| 5 PINE WEST PLAZA, SUITE 507 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12205 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |



Richard-Enrique; Ulloa

June 25, 2010

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT