# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| County of Ulster et al., | ) Civil Action No.: 1:10-CV-0467 |
|---|---|
| | ) Filing Date: 04-21-2010 |
| Plaintiff | ) |
| v. | ) |
| | ) ATTY: |
| Richard Enrique, et al., | ) BAILEY, KELLEHER & JOHNSON, P.C. |
| | ) Pine West Plaza 5, Suite 507 |
| | ) Albany, NY 12205 |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings   ss:

I, Harry Bass, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York.

That on June 29, 2010 at 8:50 PM at 1121 Ovington Avenue, 2nd Floor, Brooklyn, NY 11219, deponent served the within SUMMONS, COMPLAINT AND CIVIL CASE MANAGEMENT PLAN on Sara Ulloa therein named (the intended recipient). To a SUITABLE AGE PERSON: By delivering a true copy of each to Sara Ulloa, the Defendant of Sara Ulloa, a person of suitable age and discretion. Said premises is intended recipient's.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Deponent also enclosed a copy of same in an official depository under the exclusive care and custody of the U.S. Postal Services within New York state. The envelope(s) bore the legend "personal and confidential" and did not indicate on the outside thereof by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.
To: Sara Ulloa On: 7/1/2010 To: 1121 Ovington Avenue, 2nd Floor, Brooklyn, NY 11219
COMMENTS: Attempt #1 5/29/10 @ 11:20AM. Attempt #2 6/21/10 @ 7:47AM. 1st and 2nd floor neighbors verified subject resides at said address. Residents inside apartment on numerous attempts. Residents refused to answer the door.
Description of premises: Four family house, completley attached with brown door. Attached skip trace confirms subject resides at said address.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harry Bass, Llc. #1076668

Executed on: 7-1-10

Subscribed and sworn to before me, a notary public, on this 1st day of July, 2010.

Notary Public
Maria L. Bass   No. 01BA6107290

My Commission Expires: 03-22-11

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 10-014107

Client Reference: 995-TR10