UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

COUNTY OF ULSTER, NEW YORK, ET AL.

                        Plaintiffs,

       v.                                               1:10-CV-00467
                                                      (TJM/DRH)

RICHARD ENRIQUE ULLOA, ET AL.

                        Defendants.
_____

### ORDER

      **IT IS HEREBY ORDERED**, that Plaintiff Richard Enrique Ulloa's Commerical Notice Appointment of Fiduciary Creditor and Debtor (Dkt. No. 22), Commercial Notice Appointment of Fiduciary Creditor and Debtor (Dkt. No. 23), Affidavit of Truth Submission of Act of State (Dkt. No. 24), Affidavit of Truth Documenting Secured Party Creditor Status and Law (Dkt. No. 25) in the above-entitled action shall be stricken from the docket for the following reason(s) checked below. Because Plaintiff's submissions are being stricken from the docket, they will not be considered by the Court.

[ X ]   It is unclear what relief, if any, Plaintiff is requesting and what the grounds are for that relief. To the extent Plaintiff is applying for some sort of Order from the Court, he must specify the relief sought and the grounds therefor. *See* Fed. R. Civ. P. 7(b)(1).

[ X ]   Additionally, depending on the type of motion being filed, generally motions must contain (1) a memorandum of law, and (2) an affidavit, which shall not contain legal arguments, but must contain factual and procedural background as appropriate for the motion being made (*see* L.R. 7.1(a)).

Dated: July 7, 2010
       Albany, New York

*[signature: David R. Homer]*
United States Magistrate Judge