EXHIBIT "A"

TO:
Mr. Connor

RE:

County of Ulster et.al.
          *Plaintiff*

   v.
   vi.
Richard Enrique Ulloa, et.al
          *Defendant*

Civil Action 1:10-CV-0467
(TJM/DRI)

Letter of attempted service upon:    Jeffrey-Charles Burfeindt, a named Defendant in the aforementioned case.

Address given was 80 Pancake Hollow Rd. After some research the address discovered was 74 Pancake Hollow Rd in Highland, NY.
Attempted services on 6/4 @ 7:10PM
                       6/5 @ 4;12 PM
                       6/9 @ 12:10 pm
ON 6/14/2010 @ 5:26 PM, a person who would not identify himself, but stated he was just watching the house for the Burfeindts, and would not accept the service for Jeffrey –Charles Burfeindt, stating the Mr. Burfeindt was in California, but he did not know where or when he would return. However (John Doe) wanted to know what it was about, and such other information.
Said John Doe also stated that no one was to be upon the property as the NO Trespassing signs indicated, and that there were Dogs , etc. there.

John Doe looked to be in his 40's, very dark brown hair, medium build.

Sincerely,

*Linda R. Byer*
Linda R. Byer
Process Server