MOTION #2 - ALBANY MOTION DAY - 7/12/10
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     None
STENO:     None
LC    :    None


2.   COUNTY OF ULSTER, NEW YORK

     VS.                                                          1:10-CV-467

THE TOWN OF LLOYD, NEW YORK, et al


1.   DEFT ULLOA MOTION TO DISMISS [7]

2.   DEFT ULLOA SECOND MOTION TO DISMISS [8]

    **\*\* ADJOURNED until 8/09/10 in Albany**


APPEARANCES:    None