UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COUNTY OF ULSTER, NEW YORK
THE TOWN OF LLOYD, NEW YORK,
TOWN OF ROSENDALE, NEW YORK,
TOWN OF ULSTER, NEW YORK,
DARRELL DAY, EUGENE J. RIZZO, DANIEL          **CERTIFICATE OF**
M. MARTUSCELLO, HEATHER BLUME, ANTHONY        **SERVICE**
KALIMERAS, KATHLEEN BURNS, JEFF COHEN,
DAVID M. ACKERT, AMY SHUMAN, ROBERT           Civil Action No.:
VOSPER, JOSHUA CALIENDO, BEATRICE                   1:10-cv-00467
HAVRANEK, EILEEN B. KATATSKY,
NINA POSTUPACK, NEREIDA VEYTIA,               (TJM/DRH)

                     Plaintiffs,

        -against-

RICHARD ENRIQUE ULLOA, SARA ULLOA,
JEFFREY-CHARLES BURFEINDT,
ED-GEORGE PARENTEAU, RAYMOND TOMPKINS,
KATHERINE A. CAIRO DAVIS, KATHY STEINHILBER,

                     Defendants.

---

I, Maureen Foo-Van Natten, certify that on the 23th day of July, 2010, I electronically filed
Plaintiffs Response in Opposition to the Motions to Dismiss filed by defendants, Sara Ulloa and
Richard Enrique Ulloa with the Clerk of the District Court using the CM/ECF system and the
same was served upon the undersigned at the address stated below.

Via Certified Mail Return Receipt          Via Certified Mail Return Receipt
Mr. Richard Enrique-Ulloa                  Sara Ulloa
22 Mountain Ridge Road                     1121 Ovington Avenue
Stone Ridge, NY 12484                      Brooklyn, NY  11219

by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the
Official Depository maintained and exclusively controlled by the United States Postal Service on
Washington Avenue Extension, Albany, New York 12205  directed to said persons, at said
address, respectively mentioned above, that being the address within the state designated for that
purpose upon the last papers served in this action or the place  where the above then resided or
kept offices according to the best  information which can  be conveniently obtained.

                         _Maureen Foo-Van Natten_
                         Maureen Foo-Van Natten