MOTION #3 - ALBANY MOTION DAY - 8/9/10
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     M. Price
STENO:     L. Tennyson
LC    :    JC


10:00 AM     Court meets.


3.     COUNTY OF ULSTER, NEW YORK

           VS.                                        1:10-CV-467

       THE TOWN OF LLOYD, NEW YORK, et al


       1.     DEFT SARA ULLOA MOTION TO DISMISS [7]

       2.     DEFT SARA ULLOA SECOND MOTION TO DISMISS [8]

       3.     DEFT RICHARD ULLOA MOTION TO DISMISS [12]


           ** TAKEN ON SUBMIT


       APPEARANCES:     None


11:00 AM     Court stands adjourned.