# EXHIBIT "A"



UNITED STATES
POSTAL SERVICE®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7009 2250 0003 2067 6296
Service(s): **Certified Mail**™
Status: **Refused**

Your item was refused by the addressee at 2:24 pm on July 28, 2010 in NORWICH, NY 13815 and is being returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:

- Refused, July 28, 2010, 2:24 pm, NORWICH, NY 13815
- Delivered, July 20, 2010, 10:55 am, SMYRNA, NY 13464
- Notice Left, July 15, 2010, 8:47 am, SMYRNA, NY 13464
- Arrival at Unit, July 15, 2010, 8:21 am, SMYRNA, NY 13464

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA