# EXHIBIT "B"



Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0003 2067 6609**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:35 pm on July 20, 2010 in ALBANY, NY 12205.

**Track & Confirm**
Enter Label/Receipt Number.

[    ]
(Go >)

Detailed Results:

- **Delivered, July 20, 2010, 12:35 pm, ALBANY, NY 12205**
- **Refused, July 15, 2010, 4:58 pm, STONE RIDGE, NY 12484**
- **Notice Left, July 15, 2010, 9:19 am, STONE RIDGE, NY 12484**
- **Arrival at Unit, July 15, 2010, 9:16 am, STONE RIDGE, NY 12484**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    8/4/2010