# EXHIBIT "C"

Notice by Publication

United States District Court Northern District of New York

Case No.: 1:10-cv-0467

County of Ulster, New York, Town of Lloyd, New York, Town of Ulster, New York, Town of Rosendale, New York, Darrell Day, Eugene J. Rizzo, Daniel M. Martuscello, Heather Blume, Anthony Kalimeras, Kathleen Burns, Jeff Cohen, David M. Ackert, Amy Shuman, Robert Vosper, Joshua Caliendo, Beatrice Havranek, Eileen B. Katatsky, Nina Postupack, Nereida Veytia, plaintiffs v. Richard Enrique Ulloa, Sara Ulloa, Jeffrey-Charles Burfeindt, Ed-George Parenteau, Raymond Tompkins, Katherine A. Cairo Davis, Kathy Steinhilber, defendants.

Requested by John W. Bailey, Esq., Bailey, Kelleher & Johnson, P.C., Pine West Plaza 5, Suite 507, Washington Avenue Extension, Albany, New York 12205; (518) 456-0082

TO: ED-GEORGE PARENTEAU, DEFENDANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. You may employ an attorney. If you or your attorney do not file a written answer to the Complaint, or responsive pleading pursuant to Fed.R.Civ.P.12 with the Clerk of the United States District Court for the Northern District of New York, 445 Broadway, Albany, New York 12207; (518) 257-1800, on or before twenty (20) days after the final date of publication of this Notice, a default judgment may be taken against you.

The Complaint in this suit against you alleges violations of 18 U.S.C. §1961, *et seq;* and the torts of abuse of process and *prima facie* tort. This suit against you is to secure declaratory and injunctive relief and to obtain compensatory, punitive and other economic damages for violations of the acts and common law standards set forth above, as well as attorney fees and costs on behalf of the plaintiffs. The Court has authority in this suit to enter a judgment or decree which will be binding upon you.

Issued and given under my hand and seal of the U.S. District Court, Northern District of New York, this ____ day of August, 2010 by Lawrence K. Baerman, Clerk of the Court, U.S. District Court, Northern District of New York, 445 Broadway, Albany, New York 12207.

Lawrence K. Baerman

Notice by Publication

United States District Court Northern District of New York

Case No.: 1:10-cv-0467

County of Ulster, New York, Town of Lloyd, New York, Town of Ulster, New York, Town of Rosendale, New York, Darrell Day, Eugene J. Rizzo, Daniel M. Martuscello, Heather Blume, Anthony Kalimeras, Kathleen Burns, Jeff Cohen, David M. Ackert, Amy Shuman, Robert Vosper, Joshua Caliendo, Beatrice Havranek, Eileen B. Katatsky, Nina Postupack, Nereida Veytia, plaintiffs v. Richard Enrique Ulloa, Sara Ulloa, Jeffrey-Charles Burfeindt, Ed-George Parenteau, Raymond Tompkins, Katherine A. Cairo Davis, Kathy Steinhilber, defendants.

Requested by John W. Bailey, Esq., Bailey, Kelleher & Johnson, P.C., Pine West Plaza 5, Suite 507, Washington Avenue Extension, Albany, New York 12205; (518) 456-0082

TO: JEFFREY-CHARLES BURFEINDT, DEFENDANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. You may employ an attorney. If you or your attorney do not file a written answer to the Complaint, or responsive pleading pursuant to Fed.R.Civ.P.12 with the Clerk of the United States District Court for the Northern District of New York, 445 Broadway, Albany, New York 12207; (518) 257-1800, on or before twenty (20) days after the final date of publication of this Notice, a default judgment may be taken against you.

The Complaint in this suit against you alleges violations of 18 U.S.C. §1961, *et seq.;* and the torts of abuse of process and *prima facie* tort. This suit against you is to secure declaratory and injunctive relief and to obtain compensatory, punitive and other economic damages for violations of the acts and common law standards set forth above, as well as attorney fees and costs on behalf of the plaintiffs. The Court has authority in this suit to enter a judgment or decree which will be binding upon you.

Issued and given under my hand and seal of the U.S. District Court, Northern District of New York, this ____ day of August, 2010 by Lawrence K. Baerman, Clerk of the Court, U.S. District Court, Northern District of New York, 445 Broadway, Albany, New York 12207.

Lawrence K. Baerman