# EXHIBIT "D"



ed-george; (for the family-parenteau)
general post-office
Smyrna: New-York-republic.
201-428-3116

May 12, 2010

JOHN W. BAILEY
BAILEY, KELLEHER & JOHNSON, P.C.
PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENTION
ALBANY, NEW YORK 12205

Dear Mr. Bailey;

It is self evident by the article attached, by your comments and interviews with the mainstream media, you have taken it upon yourself to make false and malicious statements to members of the press and vilify my reputation and good character.

The statements you made have been published in the mainstream media and on the internet. It is self evident you made these false and malicious statements without any facts or affidavits signed under penalty of perjury with the goal to harm my reputation and good character and to commit the act of vilification against all parties in order to poison the publick's view.

Sir, you are in commercial dishonor.

In order to correct this dishonor, you are to openly apologize to me in said paper's front page. I will give you 72 hours from the receipt of this letter to address the issues and correct them.

Sincerely,

ed-george; (for the family-parenteau)

sent by post-office first mail on May 12, 2010

# Region

TIMES HERALD-RECORD • RECORDONLINE.COM

**CONTACT US**
If you have an idea for local news, call Regional News Editor Mike Carey at 346-3171 or send an e-mail to mcarey@th-record.com

# Ulster sues paper terrorists

## County, towns claim residents filed phony liens

**BY ADAM BOSCH**
Times Herald-Record

STONE RIDGE — Ulster County, three towns and a handful of public employees have brought a federal racketeering case against anti-government zealots who tried to extort more than $143 billion from them by filing phony liens and judgments, court papers said.

The suit accuses 51-year-old Richard Enrique Ulloa and five others of intimidating government officials by sending them fraudulent invoices totaling billions of dollars and filing liens against their personal property. Their scheme struck at Ulster County and the towns of Lloyd, Rosendale and Ulster.

"These are a bunch of people that said John W. Bailey, the Ulster lawyer arguing the government's case, "This is not some collection of good folks. What these folks are is they've embarked on a path that's meant to create havoc and damage."

According to court papers, this is how Ulloa and his alleged co-conspirators intimidated the governments:

It started May 13, 2009, when a Rosendale cop issued two traffic tickets to Ulloa. Town Justice Robert Vosper sent him to jail for failing to present a valid driver's license.

Two days after his court appearance, Ulloa countered by sending a fake criminal complaint against Vosper to Town Hall. He also sent an invoice for $150 million. Three weeks later he sent an invoice for $550 million because his first notices weren't answered.

When four months passed without response, Ulloa filed Unified Commercial Code paperwork in the state of Washington naming Vosper as a $165 million creditor. He also filed a federal lien on Vosper in the state of Georgia. Both liens on Vosper's private property and possessions were later transferred to New York.

That pattern repeated itself several times.

When Ulster County foreclosed on Ulloa's property in 2009, he filed a lien of $2.82 billion against the county. Ulloa also hit the Town of Ulster with $181 million in fake bills and liens for a driving-without-a-license ticket.

Nearly all Ulloa's papers were notarized by Marbletown Town Clerk Kathy Cairo-Davis and assessor aide Kathy Steinhilber, who are named as defendants in the racketeering suit. Cairo-Davis said her only responsibility as a notary was to validate the signature.

"I don't check the documents — I'm not supposed to," she said. "No town clerk would get involved in something like this. Not a sane one."

Others defendants — Sara Ulloa, Jeffrey-Charles Burnfeindt, ... and Raymond Tompkins — filed bills and liens in Lloyd after ... and Burnfeindt was arrested on a bench warrant, according to the government.

The papers harmed the credit ratings of some governments and workers and clogged judicial proceedings, the suit said.

Richard Ulloa, who made $110,000 as a senior engineer at IBM in 2006, recently told a federal tax judge he didn't pay his taxes because he "couldn't say" if he was paid as an employee, according to tax-court transcripts.

Ulloa's driveway in Stone Ridge is decorated with signs that warn trespassers will be shot. A "Don't Tread on Me" flag flies in his front yard. And when he's asked about the liens, he says they're "100 percent valid."

"There's only two law books that exist," Ulloa says, "The Unified Commercial Code and the Bible."

*abosch@th-record.com*



Signs near the entrance to the home of Richard Enrique Ulloa on Wednesday in Stone Ridge.

**HIGHLIGHTS**

The following are some of the claims made:

Judgment sent to Town of Lloyd: $73.6 billion

Federal lien filed against Town of Lloyd: $62.6 billion

Statement of credit against Ulster County: $2.82 billion

Liens and bills sent to Rosendale town justice: $697 million

Lien against Town of Ulster: $181 million

---

# City of Newburgh plans to buy Armory for $1

**BY DOYLE MURPHY**
Times Herald-Record

CITY OF NEWBURGH — The city plans to take over the state's ... up, even at a time when Newburgh has little money to spend on rehabilitating or maintaining the building.

... Street, directly behind Delano Hitch Recreation Park. A 2009 assessment estimated the full-market value of the property ... and sell the Armory, and it has to dedicate the majority of its use to city activities such as recreation.