UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ULSTER, NEW YORK<br>THE TOWN OF LLOYD, NEW YORK,<br>TOWN OF ROSENDALE, NEW YORK,<br>TOWN OF ULSTER, NEW YORK,<br>DARRELL DAY, EUGENE J. RIZZO, DANIEL<br>M. MARTUSCELLO, HEATHER BLUME, ANTHONY<br>KALIMERAS, KATHLEEN BURNS, JEFF COHEN,<br>DAVID M. ACKERT, AMY SHUMAN, ROBERT<br>VOSPER, JOSHUA CALIENDO, BEATRICE<br>HAVRANEK, EILEEN B. KATATSKY,<br>NINA POSTUPACK, NEREIDA VEYTIA, | **STIPULATION OF<br>DISCONTINUANCE**<br><br>Civil Action No.:<br>1:10-cv-00467<br><br>(TJM/DRH) |

       Plaintiffs,
 -against-

RICHARD ENRIQUE ULLOA, SARA ULLOA,
JEFFREY-CHARLES BURFEINDT,
ED-GEORGE PARENTEAU, RAYMOND TOMPKINS,
KATHERINE A. CAIRO DAVIS, KATHY STEINHILBER,

       Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned the attorneys of record for the parties noted below in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person nor a party has an interest in the subject matter of the action, the above-entitled action shall be **DISCONTINUED WITHOUT PREJUDICE** without costs, as against defendant Kathy Steinhilber, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:                                  Bailey, Kelleher & Johnson, P.C.

                                        By: _____
                                            John W. Bailey
                                            Bar Roll No.: 101069
                                        Attorneys for plaintiffs
                                        Pine West Plaza 5, Suite 507
                                        Washington Avenue Extension
                                        Albany, New York 12205
                                        (518) 456-0082


                                        Meggesto, Crossett & Valerino, LLP

                                        By: _____
                                            Gary J. Valerino, Esq.
                                        Attorneys for defendant, Kathy Steinhilber
                                        313 East Willow Street
                                        Suite 201
                                        Syracuse, NY 13203
                                        (315) 471-1664

So Ordered


_____
Honorable Thomas J. McAvoy