## BAILEY, KELLEHER & JOHNSON, P. C.
### ATTORNEYS AT LAW
PINE WEST PLAZA 5, SUITE 507
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK 12205
TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.bkjlaw.com

John W. Bailey
Nannette R. Kelleher
Thomas J. Johnson

Vincent J. DeLeonardis
Andrew T. Marciniszyn
Crystal R. Mennillo
Catherine P. Ham
Dinna Eskin-Colon
Marc J. Kaim
Aaron E. Connor
William T. Little

August 26, 2010

<u>Via Electronic Filing</u>
Honorable Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    RE:    County of Ulster v. Ulloa, et al
            Case No.: 1:10-cv-00467 (TJM/DRH)
            Our File:    995-TR10

Dear Judge McAvoy:

Please find attached hereto Stipulations of Discontinuance regarding defendants, Katherine A. Cairo Davis and Kathy Steinhilber. If these Stipulations are satisfactory to Your Honor, it is respectfully requested that they be *So Ordered* and entered.

                                        Respectfully submitted,

                                        John W. Bailey

JWB:vaf
Enclosures