**Other Orders**
1:10-cv-00467-TJM-DRH County of Ulster, New York et al v. Ulloa et al
PRO SE

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 2 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

U.S. District Court

Northern District of New York - Main Office (Syracuse) [LIVE - Version 4.0.3]

**Notice of Electronic Filing**

The following transaction was entered on 8/16/2010 at 2:36 PM EDT and filed on 8/16/2010
**Case Name:**        County of Ulster, New York et al v. Ulloa et al
**Case Number:**      1:10-cv-00467-TJM-DRH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER re [34] Letter Motion from plaintiffs' counsel regarding service of process. Plaintiffs' request to (1) extend the time for service of process on defendants Burfeindt and Parenteau is GRANTED and service shall be effected on or before OCTOBER 15, 2010; (2) Plaintiffs' request as to the method of service by publication is GRANTED as to defendant Burfeindt and DENIED as to defendant Parenteau.. Signed by Magistrate Judge David R. Homer on 8/16/2010. [copy of Text Order sent by regular mail to Ed-George Parenteau at Albany County Jail; and <u>Jeffrey-Charles Burfeindt at last known address of 108 1st Street, Keyport, NJ 07735</u>](lah, )

**1:10-cv-00467-TJM-DRH Notice has been electronically mailed to:**

John W. Bailey     jwbailey@bkjlaw.com, AEConnor@bkjlaw.com, crmennillo@bkjlaw.com, kacurley@bkjlaw.com, mfoovannatten@bkjlaw.com

**1:10-cv-00467-TJM-DRH Notice has been delivered by other means to:**

Richard Enrique Ulloa
P.O. Box 608
Hurley, NY 12443

Sara Ulloa
1121 Ovington Avenue
Brooklyn, NY 11209

CC: Jeffrey Charles Burfeindt

CHAMBERS OF
**DAVID R. HOMER**
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY- ROOM 441
ALBANY, NEW YORK 12207

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
AUG 2 6 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY



US POSTAGE
HASLER
017H15504005
$0.449
08/16/2010
Mailed From 12207

Jeffrey-Charles Burfeindt
108 First Street
Keyport, NJ 07735

NIXIE   085   5E  1   00  08/24/10
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 12207295799   *1137-01435-16-38