UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

COUNTY OF ULSTER, NEW YORK, et al.

No. 1: 10-CV-467 (TJM/DRH)

vs.

RICHARD ENRIQUE ULLOA, et al.

## ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that Defendant Richard Enrique Ulloa's Memorandum of Law in Support of Motion to Dismiss (Dkt. No. 38 ) in the above-entitled action shall be stricken from the docket for the following reason(s) checked below:

[ X ]   Defendant's submission is untimely (*see* L.R. 7.1(b)(1)).   Because Defendant's submission is being stricken from the docket, such document will not be considered by the Court.

SO ORDERED.

DATED:   September 7, 2010

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge