UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COUNTY OF ULSTER, NEW YORK
THE TOWN OF LLOYD, NEW YORK,
TOWN OF ROSENDALE, NEW YORK,
TOWN OF ULSTER, NEW YORK,
DARRELL DAY, EUGENE J. RIZZO, DANIEL
M. MARTUSCELLO, HEATHER BLUME, ANTHONY
KALIMERAS, KATHLEEN BURNS, JEFF COHEN,
DAVID M. ACKERT, AMY SHUMAN, ROBERT
VOSPER, JOSHUA CALIENDO, BEATRICE
HAVRANEK, EILEEN B. KATATSKY,
NINA POSTUPACK, NEREIDA VEYTIA,

          Plaintiffs,

-against-

RICHARD ENRIQUE ULLOA, SARA ULLOA,
JEFFREY-CHARLES BURFEINDT,
ED-GEORGE PARENTEAU, RAYMOND TOMPKINS,
KATHERINE A. CAIRO DAVIS, KATHY STEINHILBER,

          Defendants.

STIPULATION OF
DISCONTINUANCE

Civil Action No.:
1:10-cv-00467

(TJM/DRH)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned the attorneys of record for the parties noted below in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person nor a party has an interest in the subject matter of the action, the above-entitled action shall be **DISCONTINUED WITHOUT PREJUDICE** without costs, as against defendant Katherine A. Cairo Davis, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:

Bailey, Kelleher & Johnson, P.C.

By: _____
    John W. Bailey
    Bar Roll No.: 101069
Attorneys for plaintiffs
Pine West Plaza 5, Suite 507
Washington Avenue Extension
Albany, New York 12205
(518) 456-0082


Law Office of Eric Schneider

By: _____
    Eric Schneider, Esq.
Attorneys for defendant, Katherine A. Cairo Davis
41 Pearl Street
Kingston, New York 12401
(845) 339-6733

So Ordered 9/7/10

_____
Honorable Thomas J. McAvoy