UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUNTY OF ULSTER, NEW YORK<br>THE TOWN OF LLOYD, NEW YORK,<br>TOWN OF ROSENDALE, NEW YORK,<br>TOWN OF ULSTER, NEW YORK,<br>DARRELL DAY, EUGENE J. RIZZO, DANIEL<br>M. MARTUSCELLO, HEATHER BLUME, ANTHONY<br>KALIMERAS, KATHLEEN BURNS, JEFF COHEN,<br>DAVID M. ACKERT, AMY SHUMAN, ROBERT<br>VOSPER, JOSHUA CALIENDO, BEATRICE<br>HAVRANEK, EILEEN B. KATATSKY,<br>NINA POSTUPACK, NEREIDA VEYTIA,<br><br>             Plaintiffs,<br>-against-<br><br>RICHARD ENRIQUE ULLOA, SARA ULLOA,<br>JEFFREY-CHARLES BURFEINDT,<br>ED-GEORGE PARENTEAU, RAYMOND TOMPKINS,<br>KATHERINE A. CAIRO DAVIS, KATHY STEINHILBER,<br><br>             Defendants. | STIPULATION OF<br>DISCONTINUANCE<br><br>Civil Action No.:<br>1:10-cv-00467<br><br>(TJM/DRH)<br><br> |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned the attorneys of record for the parties noted below in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person nor a party has an interest in the subject matter of the action, the above-entitled action shall be **DISCONTINUED WITHOUT PREJUDICE** without costs, as against defendant Kathy Steinhilber, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:                                    Bailey, Kelleher & Johnson, P.C.

                                          By: _____
                                              John W. Bailey
                                              Bar Roll No.: 101069
                                          Attorneys for plaintiffs
                                          Pine West Plaza 5, Suite 507
                                          Washington Avenue Extension
                                          Albany, New York 12205
                                          (518) 456-0082


                                          Meggesto, Crossett & Valerino, LLP

                                          By: _____
                                              Gary J. Valerino, Esq.
                                          Attorneys for defendant, Kathy Steinhilber
                                          313 East Willow Street
                                          Suite 201
                                          Syracuse, NY 13203
                                          (315) 471-1664


So Ordered  9/4/10

_____
Honorable Thomas J. McAvoy