Greetings,

Maria,

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 10 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Case # 1:10-CV0467

Here is my address for future updates

Raymond Tompkins
P.O. Box 453
Marlboro
New York
12542

(845) 236-7257


Thank You!

Raymond Tompkins

Raymond Tompkins
PO Box 453
Marlboro, NY
12542

James T. Foley U.S. Courthouse
445 Broadway
Albany, N.Y. 12207    Rm 509

LAWRENCE K. BAERMAN, CLERK
ALBANY

12207+2936

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
SEP 10 2010

MID HUDSON NY 125
08 SEP 2010 PM 3 L



USA FIRST-CLASS FOREVER